UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 20-41555-11 |
| YACHT CLUB VACATION OWNERS | ) | |
| ASSOCIATION, INC., | ) | Chapter 11 proceedings |
| | ) | |
| Debtor. | ) | Honorable Brian T. Fenimore |

| | | |
|---|---|---|
| YACHT CLUB VACATION OWNERS | ) | |
| ASSOCIATION INC., | ) | Adv. 20-_____ |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Celso Aabano | ) | |
| 1658 Milwaukee Ave. #100-8053 | ) | |
| Chicago, IL  60647 | ) | |
| | ) | |
| Chad Adams | ) | |
| 8981 N. Brimstone Way | ) | |
| Tucson, AZ  85742-9439 | ) | |
| | ) | |
| Robert Ahlert | ) | |
| 4116 N. Hartford Ave. | ) | |
| Russellville, AR  72802-7722 | ) | |
| | ) | |
| Janet Alfred | ) | |
| PO Box 2534 | ) | |
| Olathe, KS  66063-0534 | ) | |
| | ) | |
| All Ownership, Inc. | ) | |
| Attn:  President or Managing Agent | ) | |
| 2107 Gunn Highway, Ste. 203 | ) | |
| Odessa, FL  33556 | ) | |
| | ) | |
| Janet Allen | ) | |
| 1331 N. 56 Terrace | ) | |
| Ft. Smith, AR  72904 | ) | |
| | ) | |
| Lawrence Allen | ) | |
| 311 W. Line Street | ) | |

Browning, MO  64630                    )
                                       )
William H. Allen                       )
1801 W. 9th Avenue                     )
Stillwater, OK  74074                  )
                                       )
Bill Alspach                           )
c/o Montgomery & Newcomb LLC           )
435 E. Walnut Street                   )
Springfield, MO 65806                  )
                                       )
Rodger Alvis                           )
2574 Nolen Dr.                         )
Flint, MI  48504                       )
                                       )
Timothy Amoroso                        )
750 Roosevelt Trail                    )
Naples, ME  0405-5399                  )
                                       )
Stephen Atkinson                       )
12287 County RD 4040                   )
Holts Summit, MO  65043                )
                                       )
Mark Austin                            )
25 Vineyards Ct.                       )
St. Charles, MO  63304                 )
                                       )
Timothy Bailey                         )
1290 South 220th St.                   )
Pittsburgh, KS  66762                  )
                                       )
Gary Baker                             )
217 N. Jackson                         )
Hugoton, KS  67951                     )
                                       )
Bruce Baker                            )
7600 SE 75th Rd.                       )
St. Joseph, MO  64507                  )
                                       )
Jim Baldwin                            )
120 County Rd. 1006                    )
Bardwell, KY  42023                    )
                                       )
Marshall Ball                          )
5525 E. Bennett Street                 )
Springfield, MO  65809-2606            )

Steven Ballenger                                    )
3126 SW Woodfield Ln.                               )
Ankeny, IA  50021-8706                              )
                                                    )
David Barker                                        )
3826 E. Ovid Ave.                                   )
Des Moines, IA  50317                               )
                                                    )
Jeffrey Barker                                      )
7818 Cozy Cove Rd.                                  )
Branson, MO  65616-8773                             )
                                                    )
James Manuel Barnes                                 )
1003 NE J St.                                       )
Bentonville, AR  72712                              )
                                                    )
John Barney                                         )
3120 NW 9th St., # M R                              )
Gainseville, FL  32609                              )
                                                    )
Eldon Barone                                        )
283 SR 302                                          )
Polk, OH  44866                                     )
                                                    )
Douglas Barrett                                     )
7641 W. 2400 Road                                   )
Parker, KS  66072                                   )
                                                    )
John Befort                                         )
464 Klosterman Rd. W.                               )
Palm Harbor, FL  34683                              )
                                                    )
Ken Bell                                            )
52 Huntington Parkway                               )
St. Charles, MO  63301                              )
                                                    )
Michael Bellah                                      )
113 Folsom Dr.                                      )
McLoud, OK  74851-8050                              )
                                                    )
John Benson                                         )
420 W. Mount Vernon St., #300                       )
Nixa, MO  65714                                     )
                                                    )
Todd Bingham                                        )

6215 N. Garfield                                )
Kansas City, MO  64118                          )
                                                )
Bill Bland                                      )
12005 Fox Glove Ct.                             )
Unionville, MO  63565                           )
                                                )
Blue Vacations, LLC                             )
Attn:  President or Managing Agent              )
PO Box 231542                                   )
Las Vegas, NV  89105                            )
                                                )
Dale Bond                                       )
512 N. Hightower Ave.                           )
Nixa, MO  65714                                 )
                                                )
Daniel Boone                                    )
7665 N. Sunglow Ave.                            )
Garden City, ID  83714-5039                     )
                                                )
Tony Braisher                                   )
2300 SW 105th Court                             )
Oklahoma City, OK  73170                        )
                                                )
Johnny Branscum                                 )
69 Maple Springs Access                         )
Rosie, AR  72571                                )
                                                )
Branson Yacht Club Rock Lane Resort             )
    Owners Assn.                                )
Attn:  President or Managing Agent              )
50 Stonebridge Parkway                          )
Branson West, MO  65737                         )
                                                )
W. Larry Brewer                                 )
14559 Twin Grove Rd.                            )
Bloomington, IL  61705                          )
                                                )
Joseph Brock                                    )
25719 S. 623 Rd.                                )
Grove, OK  74344-7489                           )
                                                )
Jackie Brown                                    )
311 NW 1st Street                               )
Checotah, OK  74426                             )
                                                )

4

Antonio Brown                                    )
244 Roosevelt St.                                )
Jackson, MS  39209                               )
                                                 )
Rachel Busenitz                                  )
5418 SE 24th                                     )
Newton, KS  67114                                )
                                                 )
Eiko Buttrey                                     )
506 Ritter Avenue                                )
Greencastle, IN  46135                           )
                                                 )
BYC Dev Weeks                                    )
Attn:  President or Managing Agent               )
One Vance Gap Road                               )
Asheville, NC  28805                             )
                                                 )
BYC-FAC Adventure Club                           )
Festiva Branson Resort                           )
Attn:  President or Managing Agent               )
3864 Green Mountain Dr.                          )
Branson, MO  65616                               )
                                                 )
BYC HOA Weeks                                    )
Attn:  President or Managing Agent               )
611 Rock Lane                                    )
Branson, MO  65616                               )
                                                 )
Sandy Caldwell                                   )
65 Welch Ln.                                     )
Batesville, AR  72501                            )
                                                 )
Christopher Campbell                             )
2354 140th Street                                )
Clarinda, IA  51632                              )
                                                 )
Rogie Carlock                                    )
809 Fox Head Shores                              )
Linn Creek, MO  65052                            )
                                                 )
Hector Carreras                                  )
2723 Russell Blvd.                               )
Saint Louis, MO  63104                           )
                                                 )
We Will Carry On, Corp.                          )
PO Box 1431                                      )

Virginia Beach, VA  23451-0431  )
  )
Karen Carter  )
1403 South 12th Ave.  )
Ozark, MO  65721  )
  )
Marion Caruthers  )
5520 College  )
Kansas City, MO  64130  )
  )
Angelo Castillo  )
18 Reddington Rd., #137  )
Harlan, KY  40831  )
  )
Cecil Cazian  )
4975 South Swenson St., #19092  )
Las Vegas, NV  89119  )
  )
Timothy Ceperley  )
524 NE Bordner Dr.  )
Lee's Summit, MO  64086  )
  )
Sandra Cerny  )
955 E. Short Drive  )
Coal City, IL  60416  )
  )
Timothy Chin  )
8385 Renner Blvd., Apt. 1114  )
Lenexa, KS  66219  )
  )
James Chouteau  )
8210 SW Keystone Dr.  )
Blue Springs, MO  64014  )
  )
Roy Christy Jr.  )
8005 East 139th St.  )
Grandview, MO  64030  )
  )
Dana Cinq-Mars  )
12775 Hwy 62 E  )
Green Forest, AR  72638  )
  )
Robert Clasen  )
21802 Raylynn Rd.  )
Belton, MO  64012  )
  )

6

Terri Clemmons                              )
900 Greenhill Rd.                           )
Benton, AR  72019                           )
                                            )
Club Select Resorts                         )
Attn:  President or Managing Agent          )
10923 State Highway 176                     )
Walnut Shade, MO  65771                     )
                                            )
Pastor Thomas Cody                          )
PO Box 4                                    )
Lawrenceville, IL  62439                    )
                                            )
Scott Coleman                               )
840 Curl Road                               )
East Dublin, GA  31027                      )
                                            )
Campbell Collins                            )
1227 SW Town & Country Rd.                  )
Plattsburg, MO  64477                       )
                                            )
Roger Collins                               )
102 Skycrest                                )
Roger, TX  79007                            )
                                            )
Paul Cooper                                 )
2211 S. Hall St.                            )
Webb City, MO  64870-3203                   )
                                            )
Philip Crabtree                             )
211 Arrowhead Dr.                           )
Lake Winnebago, MO  64034                   )
                                            )
John Cronin                                 )
2504 Thompson Ave.                          )
Dodge City, KS  67801                       )
                                            )
William Crow                                )
115 Brock Hill Ln.                          )
Weatherford, TX  76088                      )
                                            )
Monscenior Cunningham                       )
Trustees of a Trust                         )
2940 York St.                               )
Kansas City, MO  64128-2363                 )
                                            )

W. Cary Curzon                                      )
6210 South 28th Street                             )
Rogers, AR  72758                                  )
                                                   )
Jesse Davenport                                    )
8631 Millet Dr.                                    )
Saint Louis, MO  63114                             )
                                                   )
Debra DeClue                                       )
6518 E. 55th Terr                                  )
Kansas City, MO  64129                             )
                                                   )
Norbert Delhaute                                   )
c/o David E. Delhaute                              )
537 Polk Road 22                                   )
Cove, AR  71937                                    )
                                                   )
Dells Vacation Holding, LLC                        )
Attn:  President or Managing Agent                 )
4821 Lankershim Blvd.                              )
Los Angeles, CA  91601                             )
                                                   )
Brian DeMaranville                                 )
5465 Greenwood Ave.                                )
Pleasant Hill, IA  50327                           )
                                                   )
Clarence Demers                                    )
1130 Hawthorne Street                              )
Red Wing, MN  55066                                )
                                                   )
Ronald Demers                                      )
200 N. State St.                                   )
Hixton, WI  54635                                  )
                                                   )
Darla DeVera                                       )
7101 Virginia Pkwy., Apt. 116                      )
McKinney, TX  75072                                )
                                                   )
Kim Dillard                                        )
1725 N. 16th St.                                   )
Swansea, IL  62226                                 )
                                                   )
Gary Dison                                         )
1509 Charlie Dr.                                   )
Natchitoches, LA 71457                             )
                                                   )

Brent Dobson                                    )
2360 Maple Leaf Trail                           )
Reno, NV  89523                                 )
                                                )
Michael Dougherty                               )
618 N. Humphrey                                 )
Iola, KS  66749                                 )
                                                )
DSP Consulting Services, LLC                    )
Attn:  President or Managing Agent              )
278 Stone Ridge Dr.                             )
Jeffersonville, PA  19403                       )
                                                )
Carol Dufault                                   )
262 Brassie Drive                               )
McCormick, SC  29835                            )
                                                )
Jordan Duke                                     )
236 Aquilla Dr.                                 )
Lakeside, TX  76108                             )
                                                )
Floyd Dunnihoo                                  )
Box 305                                         )
Shattuck, OK  73858                             )
                                                )
Larry Dye                                       )
7411 Dewberry Lane                              )
Wisconsin Rapids, WI  54494                     )
                                                )
Denville Dyson                                  )
P.O. Box 1774                                   )
Tioga, LA  71477                                )
                                                )
Regina Eastridge                                )
2122 S. Fremont Ave.                            )
Springfield, MO  65804                          )
                                                )
Elmer Edwards Jr.                               )
1088 Flatwood Ridge Rd.                         )
Converse, LA  71419-3120                        )
                                                )
Benjamin Ell                                    )
2436 Eagle Forest Drive                         )
St. Charles, MO  63303                          )
                                                )
Jerry Elliott                                   )

9

c/o Mitchell Reed Sussman & Associates )
1053 S. Palm Canyon Dr. )
Palm Springs, CA  92264-8377 )
)
eMidsouth Inc. )
Attn:  President or Managing Agent )
3589 Covington Pike, Apt. 317 )
Memphis, TX  38128-3945 )
)
Renato Estrella )
802 Spring Park Loop )
Celebration, FL  34747 )
)
Dawn Fahrenholz )
5420 Leavenworth S )
Omaha, NE  68106 )
)
Ashley Fain )
8792 Ray Court, Apt. 4 )
Twinsburg, OH  44087 )
)
Mike Fincher )
1412 E. Apple Blossom Ave. )
Lowell, AR  72745 )
)
Gary Fisher )
P.O. Box 1373 )
Branson, MO  65615 )
)
Frank Fletcher Jr. )
1919 N. MacArthur Dr. )
Alexandria, LA  71303 )
)
George Flower )
7960 Dawn Dr. )
Beaumont, TX  77705-2450 )
)
Schan Folsom-Hill )
62 Hallie Court )
Cabot, AR  72023 )
)
Thomas Ford )
30342 E. 143rd Street South )
Coweta, OK  74429 )
)
Marylou Foster )

10245 S. Horners Chapel Rd.                          )
Fredericksburg, IN  47120-8941                       )
                                                     )
Bradley Fowler                                       )
200 Paris Run Rd.                                    )
Burgettstown, PA  15021                              )
                                                     )
Judith Fowler                                        )
10150 South 94th East Ave.                           )
Tulsa, OK  74133                                     )
                                                     )
Wendy Freebersyser                                   )
148 Greentrails Dr. South                            )
Chesterfield, MO  63017                              )
                                                     )
Terry Freeborn                                       )
417 Main St.                                         )
Grinnell, IA  50112                                  )
                                                     )
Patricia Freeseman                                   )
123 Old Buggy Trail                                  )
Hillsborough, NC  27278                              )
                                                     )
James Fuemmeler                                      )
117 Mule Teer Lane                                   )
Poplar Bluff, MO  63901                              )
                                                     )
Martha Fuller                                        )
c/o Mitchell Reed Sussman & Associates               )
1053 S. Palm Canyon Dr.                              )
Palm Springs, CA  92264-8377                         )
                                                     )
Donald Gagnon                                        )
21222 Spring Clover Lane                             )
Covington, LA  70435                                 )
                                                     )
Lorenzo Garcia                                       )
1611 Abraham Drive                                   )
Siloam Springs, AR  72761                            )
                                                     )
Juan Garcia                                          )
Edeficio Joel Avenida Estados Unidos #11             )
Rujo, Bavaro, Punta Cana                             )
                                                     )
Ellie Gawlicki                                       )
1303 Yucca Street                                    )

Boulder City, NV  89005                )
                                       )
Nicholas Gehring                       )
3898 East Phillips Cir.                )
Centennial, CO  80122                  )
                                       )
Gemini Partners, Inc.                  )
Jon Comas, Registered Agent            )
2248 Flame Ct.                         )
Clermont, FL  34714                    )
                                       )
Global Trading & Travel                )
2033 Gateway Pl. #500                  )
San Jose, CA  95110                    )
                                       )
J. Joe Goda                            )
4020 Oakhurst Dr.                      )
Sarasota, FL  34233-1439               )
                                       )
Jamella Goosby                         )
c/o UAW-FAC-FORD                       )
General Motors Legal Services Plan     )
1000 Lake St. Louis Blvd., Ste. 200    )
Lake St. Louis, MO  63367              )
                                       )
Michael Graham                         )
8060 Red Oak Dr.                       )
Mounds View, MN  55112                 )
                                       )
John Green                             )
5 Richard Street                       )
Waterloo, IL  62298                    )
                                       )
Green Recovery Fund LLC                )
c/o Corporation Service Company,       )
    Registered Agent                   )
1201 Hays Street                       )
Tallahassee, FL  32301                 )
                                       )
William Greendyke                      )
28823 Vermillion Lane                  )
Bonita Springs, FL  34135              )
                                       )
Gary Greenlee Jr.                      )
10226 Brushy Run Rd.,                  )
Potosi, MO  63664                      )

)

Terry Gregory )
1210 Calvary Ln. )
Prairie Grove, AR  72753 )
)
Charles Grettenberger )
5184 Ferris Rd. )
Eaton Rapids, MI  48827 )
)
Richard Griffin )
15 Cloverleaf Ln. )
Ballwin, MO  63011 )
)
Judy Grimmett )
16045 Harp Rd. )
Fayetteville, AR  72704 )
)
Mary Ann Gripe )
1619 S 7th St. )
Atchison, KS  66002 )
)
Kenneth Grobe )
414 Honeysuckle Ln. )
St. Louis, MO  63119 )
)
Robert Grote )
806 Highridge Rd. )
Carroll, IA  51401 )
)
Shanta Grover )
307 S. 21st Street )
Monroe, LA  71201 )
)
Marvin Gruenbaum )
8921 Lochkirk Dr. )
Lee's Summit, MO  64064 )
)
Ronnie Guevara )
1464 Bedstraw Lane )
Frisco, TX  75033 )
)
Joseph Gully )
1193 County Road 2402 )
Clifton Hill, MO  65244 )
)
Jon Hager )

502 S. Lincoln                                )
Tallulah, LA  71282                           )
                                              )
Gregory Haller                                )
22620 Surrey Lane                             )
Peculiar, MO  64078                           )
                                              )
Danny Hamilton                                )
708 Maple Hill                                )
Norman, OK  73069                             )
                                              )
James Hammonds                                )
6644 Radio Drive                              )
San Diego, CA  92114                          )
                                              )
Dale Handley                                  )
1823 30th St.                                 )
Rock Island, IL  61201                        )
                                              )
Donald Harless                                )
5805 Dobson Drive                             )
Fayetteville, NC  28311                       )
                                              )
Harold Harmon                                 )
5106 Quail Ridge Dr.                          )
McKinney, TX  75070                           )
                                              )
Robert Harrell                                )
2421 S. Catalina Ave.                         )
Springfield, MO  65804                        )
                                              )
William Harris                                )
355 Diversatech Dr., Apt. 127                 )
Mantelo, IL  60950-9276                       )
                                              )
Robert Harris                                 )
2900 SW 80th                                  )
Augusta, KS  67010                            )
                                              )
Jimmy Hart                                    )
PO Box 253                                    )
Springfield, AR  72157                        )
                                              )
Timothy Harteis                               )
170 Heron Ct.                                 )
Venore, TN  37885                             )

14

John Hasley                                        )
1037 Country Club Circle                           )
Minden, LA  71055                                  )
                                                   )
Johnny Haymon                                      )
12512 Johns Gin Rd.                                )
Keithville, LA  71047                              )
                                                   )
Robert Heisner                                     )
605 West Randolph Street                           )
Pinckneyville, IL  62274                           )
                                                   )
Darlene Helmers Living Trust                       )
   Dated December 6, 2011                          )
38427 E. 2300 N. Road                              )
Cropsey, IL  61731                                 )
                                                   )
Christopher Herring                                )
1395 BK Pickering Dr.                              )
Texarkana, TX  75501                               )
                                                   )
Randy Hill                                         )
246 Eleven Oaks Trail                              )
Hot Springs, AR  71901                             )
                                                   )
Roland Hill                                        )
9255 Wolf Holw                                     )
Millsap, TX  76066                                 )
                                                   )
Hoffman Berger Investment Properties, LLC          )
c/o Corporation Service Company,                   )
   Registered Agent                                )
1821 Logan Ave.                                    )
Cheyenne, WY  82001                                )
                                                   )
Victoria Holman                                    )
5600 Fyler Ave.                                    )
St. Louis, MO  63139                               )
                                                   )
Tony Hopkins                                       )
PO Box 135                                         )
Okay, OK  74446                                    )
                                                   )
Alan Horner                                        )
10694 Aurora Place                                 )

15

Desert Hot Springs, CA  92240    )
    )
Thomas Howard    )
3134 N. Russet    )
Portland, OR  97217    )
    )
Innovation Vacations, Inc.    )
Attn:  President or Managing Agent    )
15 Southern Trace Blvd.    )
Ormond Beach, FL  32174    )
    )
JAB Investments, LLC    )
Attn:  Joseph A. Bulliner, II    )
3739 Old State Route 1    )
New Johnsonville, TN  37134    )
    )
Jay Jack    )
4045 Liberty Dr. #8    )
Cartersville, GA  30120    )
    )
Darlene M. Jaffe    )
15925 W. Sentinel Dr.    )
Sun City West, AZ  85375-6683    )
    )
Jon Janssen    )
1103 SW Davenbrook    )
Bentonville, AR  72712    )
    )
Theodore Jefferson    )
1990 Lakeview Dr.    )
Pleasant Hill, IA  50327    )
    )
Russell Jenkins    )
21382 Spring Clover Lane    )
Covington, LA  70435    )
    )
Terri E. Jeoffroy    )
233 Inwood Drive    )
Washington, MO  63090    )
    )
Terry Jerrel    )
405 W. Courtland St.    )
Mt. Pleasant, IA  52641    )
    )
J.O. Family Trust, LLC    )
c/o Corporation Service Company,    )

    Registered Agent                        )
1201 Hays Street                            )
Tallahassee, FL  32301                      )
                                            )
Gary Johnson                                )
1018 W. 2nd St.                             )
Ottumwa, IA  52501                          )
                                            )
James Johnston                              )
34 Hurricane Ln.                            )
Atkins, AR  72823                           )
                                            )
Denny Jones                                 )
1721 Greenwood Rd.                          )
Marshfield, MO  65706                       )
                                            )
Robert Jones                                )
25 McKenzie Lane S                          )
North Liberty, IA  52317                    )
                                            )
Stephen Jones                               )
1935 Frederick Lane                         )
League City, TX  77573                      )
                                            )
JS Management Executive Services, LLC       )
Anice Gullion, Registered Agent             )
9325 Bear Lake Road                         )
Apopka, FL  34703                           )
                                            )
Francis Kalvoda                             )
2421 Williams Pkwy SW                       )
Willmar, MN  56201-4978                     )
                                            )
Richard Kauffman                            )
5824 Elston Rd.                             )
Jefferson City, MO  65109                   )
                                            )
Paul Keefer                                 )
19704 CR 1533 Loop                          )
Ada, OK  74820                              )
                                            )
Charles Kelley, Jr.                         )
PO Box 372                                  )
Sparta, IL  62286                           )
                                            )
Jerry Kennard                               )

2421 CR 4525                                          )
Coffeyville, KS  67337                               )
                                                     )
Russ Kercher                                         )
823 W. 4th St                                        )
Haysville, KS  67060                                 )

KG Global Services LLC                               )
c/o Kevin Gullion, Registered Agent                  )
1208 Nashville Hwy 3249                              )
Columbia, TN  38401                                  )
                                                     )
Buffy King                                           )
4192 Highway 191                                     )
Mansfield, LA  71052-6149                            )
                                                     )
Randy Kohorst                                        )
15401 Concord Ave.                                   )
Arcadia, IA  51430-8552                              )
                                                     )
Florentina Krieg-Bondelid                            )
1346 Debrick Rd.                                     )
Eugene, OR  97401                                    )
                                                     )
Clint Kuhl                                           )
PO Box 1727                                          )
Ozark, MO  65721                                     )
                                                     )
Milton Lamar                                         )
P.O. Box 10054                                       )
Fayetteville, AR  72703                              )
                                                     )
Mike Lamme                                           )
18644 Harbortown Woods Drive                         )
Monroe City, MO  63456                               )
                                                     )
Phyllis Land                                         )
20192 S. 642 Rd.                                     )
Wyandotte, OK  74370                                 )
                                                     )
William Lanigan                                      )
1302 Tom Temple Dr., #221                            )
Luskin, TX  75904                                    )
                                                     )
Larry's Family Holdings, LLC                         )
Lawrence G. Waskovich, Authorized Agent )

7231 Abigail Place )
Fontana, CA  92336 )
)
Michael Laughlin )
212 Sassafras Ln. )
Labadie, MO  63055-1521 )
)
Gerald Lawrence )
416 East Broad Lawn Blvd. )
Joplin, MO  64804 )
)
Billy Leeton )
4948 SE Princeton Drive )
Bartlesville, OK  74006 )
)
Steve Leppin )
c/o Richard J. Herndon )
455 Sam Barr Drive, Suite 207 )
Kearney, MO  64060 )
)
Jeffrey Lopez )
68 Amhurst Ct. )
Daly City, CA  94015 )
)
William Loring )
38 South 4416 Road )
Locust Grove, OK  74352 )
)
Dorothy Loy )
505 W. Champaign Ave. )
Rantoul, IL  61866-2805 )
)
Jeffrey Loyd )
1339 S. Belcrest Ave. )
Springfield, MO  65804 )
)
Norman Lucas )
144 E. Missouri Ave. )
Phoenix, AZ  85012 )
)
Jerry Majors )
7121 N. Hillside St. )
Valley Center, KS  67147 )
)
Larry Manley )
7537 FM 2652 )

19

Loving, TX  76460                          )
                                           )
Willie Marlar                              )
1207 Upland Ave.                           )
Greenville, TN  37743-6641                 )
                                           )
Randall Marshall                           )
121 King Rd.                               )
Millsap, TX  76066-3511                    )
                                           )
Frances Martin                             )
319 Delta Rd.                              )
Sevierville, TN  37862                     )
                                           )
Fred Massey                                )
17300 Poteau Mt. Road                      )
Hartford, AR  72938                        )
                                           )
Crystal Massey                             )
780 E. Laird St.                           )
Bolivar, MO  65613-1348                    )
                                           )
Mark McCarthy                              )
PO Box AR7260                              )
Harrison, AR  72602                        )
                                           )
Kevin McCreadie                            )
10925 Hamilton Ave.                        )
Cincinnati, OH  45231-1407                 )
                                           )
Richard McCullum                           )
3700 Panorama Dr.                          )
Hutchinson, KS  67502                      )
                                           )
John McGuire                               )
5335 NE 60th Terr.                         )
Kansas City, MO  64119-1609                )
                                           )
Sondi McLaughlin                           )
12709 Sutton Hill Rd.                      )
Oklahoma City, OK  73142                   )
                                           )
McNamee Family Holdings, LLC               )
Attn:  President or Managing Agent         )
3343 S. 18th St.                           )
Saint Louis, MO  63118-3212                )

David Michalek )
3384 Bradford Ln. )
Arnold, MO  63010 )
)
Middle Seat LLC )
Attn:  President or Managing Agent )
4110 SE Hawthorne Blvd. #810 )
Portland, OR  97214 )
)
Norris Miles )
5389 Tamarack Dr. )
Sharpsville, PA  16150 )
)
Frank Miller )
1010 Cottonwood Dr. )
Valley Center, KS  67147 )
)
Frank Minniti )
205 Ainsley Dr. )
West Chicago, IL  60185 )
)
David Mixon )
604 Teal Circle )
West Monroe, LA  71291 )
)
Jason Moen )
4231 S. W. 23rd Place )
Des Moines, IA  50321 )
)
Leslie Molt III )
15131 238th Rd. )
Cummings, KS  66016 )
)
Elizabeth Monks )
5274 Hubbard Drive )
Houston, MO  65483-2206 )
)
Michael Moore )
905 W. South St. )
Benton, AR  72015 )
)
Kay Moore )
417 Rio Rd. )
Millsap, TX  76066-3426 )
)

William Moore                    )
210 Sherry St.                   )
Elsberry, MO  63343              )
                                 )
Phillip Morris                   )
4640 Colima Ct.                  )
St. Louis, MO  63128             )
                                 )
Douglas Morris                   )
3107 E. 161st St. S              )
Bixby, OK  74008-5350            )
                                 )
Marc Morris                      )
3400 Hillview                    )
Denton, TX  76209                )
                                 )
Michael Motsinger                )
6404 Sprucefield Drive           )
O'Fallon, MO  63368              )
                                 )
Rebecca Moyers                   )
2018 Autumn Ln.                  )
Jefferson City, MO  65109        )
                                 )
Thomas Murphy                    )
3257 Childress                   )
Saint Louis, MO  63139           )
                                 )
Richard Murphy                   )
22775 Bedford Rd.                )
Springhill, KS  66083            )
                                 )
Charles Murray                   )
10 Cheviot Lane                  )
Bella Vista, AR  72715           )
                                 )
Shawn Neary-Curtis               )
694 W. Mt. Vernon #114           )
Nixa, MO  65714                  )
                                 )
Dennis Nesser                    )
712 Ridgemont Ln.                )
Gonzales, TX  78629              )
                                 )
Nixon Family Trust LLC           )
A. J. Valentine                  )

4106 Lamson Avenue                              )
Spring Hill, FL  34608                          )
                                                )
Robert Noe                                      )
5921 NE 45th St.                                )
Kansas City, MO  64117                          )
                                                )
O&L Associates, Inc.                            )
Attn:  President or Managing Agent              )
174 W. 4th Street, Ste. 307                     )
New York, NY  10014                             )
                                                )
Steven Odle                                     )
1904 E. Katherine Ct.                           )
Mahomet, IL  61832                              )
                                                )
Leo O'Haire                                     )
205 Sandpiper Loop                              )
McCormick, SC  29835                            )
                                                )
Diran Oksen                                     )
2870 Peachtree Rd. NW #915-410                  )
Atlanta, GA  30305                              )
                                                )
Michael Oppermann                               )
620 E. 108th Ter                                )
Kansas City, MO  64131-4022                     )
                                                )
Janice Orcutt                                   )
c/o James Orcutt                                )
120 Blommaert St.                               )
Borger, TX  79007                               )
                                                )
Kimberly Oswald                                 )
P.O. Box 805                                    )
Sand Springs, OK  74063                         )
                                                )
Mike Ottmo                                      )
1768 County Rd. 230                             )
Fulton, MO  65251-3026                          )
                                                )
Tim Overturf                                    )
333 McAnulty Road                               )
Pottsville, AR  72858                           )
                                                )
Debra Palmer                                    )

PO Box 245                                )
Rector, AR  72461                         )
                                          )
Thomas Palmer, Jr.                        )
PO Box 1236                               )
Byron, GA  31008                          )
                                          )
John Parker                               )
449182 East 972                           )
Vian, OK  74962                           )
                                          )
Fern Parrish                              )
c/o Rhonda Brosnahan, POA                 )
319 S. East St.                           )
Lebanon, OH  45036                        )
                                          )
Burl Partridge                            )
1703 North Thornton Rd., #613             )
Casa Grande, AZ  85122                    )
                                          )
Craig Patinsky                            )
406 E. Chet Atkins Ct.                    )
Nixa, MO  65714                           )
                                          )
J. Richard Peck                           )
3212 Nebraska Dr., Unit B                 )
Bismarck, ND  58503                       )
                                          )
Joseph Perry                              )
3732 Grandoaks Drive                      )
Benton, AR  72019-2065                    )
                                          )
Nicholas Peters                           )
PO Box 349                                )
Clever, MO  65631                         )
                                          )
Lori Peterson                             )
1335 Citadel Drive                        )
Joliet, IL  60435                         )
                                          )
Marlena Pfeifer                           )
217 West St.                              )
Phillips, NE  68865-2510                  )
                                          )
Daniel Pineda                             )
334 N. Elm St.                            )

Kingman, KS  67068                      )
                                        )
Terry Pitts                             )
12655 Lawrence 2155                     )
Mt. Vernon, MO  65712                   )
                                        )
Billie Platt                            )
10730 Helpmate Road                     )
Vivian, LA  71082                       )
                                        )
Bart Poepsel                            )
1450 Bieker Rd.                         )
Washington, MO  63090-6604              )
                                        )
Wally Portmann                          )
8200 Valley Forge Rd.                   )
Fort Smith, AR  72903                   )
                                        )
Steven Prebish                          )
8006 Fifth Street NE                    )
Spring Lake Park, MN  55432             )
                                        )
Estate of Barbara Preble                )
c/o Laura Vestal                        )
1001 S. 36th St.                        )
St. Joseph, MO  64507                   )
                                        )
Anthony Prehm                           )
2417 Camino De Vida                     )
Santa Fe, NM  87505-6428                )
                                        )
Johnny Preston                          )
33617 Hwy U                             )
Stoutsville, MO  65283                  )
                                        )
Robin Prieto                            )
220 North Dr.                           )
Ballwin, MO  63021                      )
                                        )
Lift Putters, LLC                       )
Attn:  President or Managing Agent      )
2387 Glen Canyon Rd.                    )
Altadena, CA  91001-3549                )
                                        )
Jonna Quarles                           )
13563 Calhoun 87                        )

Thornton, AR  71766                        )
                                           )
Quixote Strategies LLC                     )
c/o Doug Porter                            )
7451 Warner Ave., Suite E-200              )
Huntington Beach, CA  92647                )
                                           )
Lowell Raschke                             )
c/o Lynne Raschke                          )
4710 W. 7th Street                         )
Duluth, MN  55807                          )
                                           )
Kevin Raybine                              )
12802 Ridge Lock Ct.                       )
Prospect, KY  40059                        )
                                           )
Marva Redd                                 )
401 East 3rd Street                        )
Plymouth, NC  27962                        )
                                           )
Kenneth Redford                            )
268 N. City View Rd.                       )
Ponca City, OK  74604                      )
                                           )
James Reeves                               )
200 N. 7th                                 )
Atwood, KS  67730                          )
                                           )
Douglas Reid                               )
6515 Hilltop Rd.                           )
Van Buren, AR  72956                       )
                                           )
Anthony Renigar                            )
1384 S.F.C. 311                            )
Forrest City, AR  72335                    )
                                           )
Donald Rice                                )
147 Wingate Dr.                            )
Tremont, IL  61568                         )
                                           )
Joyce Richardson                           )
2654 Vinyards Pkwy #3                      )
Branson, MO  65616                         )
                                           )
Jonathan Richardson                        )
14746 Calusa Palms Dr. #201                )

Ft. Myers, FL  33919                          )
                                             )
Duane Robbins                                )
2669 Cavern Rd.                              )
Rapid City, SD  57702-9581                   )
                                             )
Marc Roberson                                )
2801 O.W. Curry Dr., Apt. 926                )
Killeen, TX  76542                           )
                                             )
Dale Roberts                                 )
38475 Webb Dr.                               )
Westland, MI  48185-1975                     )
                                             )
Kenneth Robertson                            )
25 5th Ln.                                   )
Shell Knob, MO  65747-7227                   )
                                             )
Lucille Rodgers                              )
PO Box 43                                    )
Rineyville, KY  40162-0043                   )
                                             )
Anthony Rodriguez                            )
8709 N. Pomona Ave.                          )
Kansas City, MO  64153                       )
                                             )
Daniel Rohde                                 )
1180 215th Street                            )
Hubbard, NE  68741                           )
                                             )
Kevin Rosado, PHD                            )
3620 Minot Ave.                              )
Fort Worth, TX  76133-3023                   )
                                             )
Evelyn Rose                                  )
4124 W. 22nd St.                             )
Little Rock, AR  72204-3964                  )
                                             )
Kenneth Ruegger Sr.                          )
2629 Magnolia Rd.                            )
DeLand, FL  32720                            )
                                             )
Dwight Ruffin                                )
82 Hopewell Rd.                              )
Atkins, AR  72823                            )
                                             )

Jesse Rutledge                              )
24057 East Cedar Point Road                 )
Lebanon, MO  65536                          )
                                            )
William Ryczek                              )
6302 SE Hwy 33                              )
Holt, MO  64048                             )
                                            )
Mark Sampson                                )
2 Centennial Dr.                            )
Eagle Grove, IA  50533                      )
                                            )
Jesus Sanroman                              )
409 N. Bernal Dr.                           )
Brownsville, TX  78521                      )
                                            )
David Savage, Sr.                           )
2108 West Loren Circle                      )
Fayetteville, AR  72701-3038                )
                                            )
Harlan Schad                                )
PO Box 192                                  )
Hudson, IL  61748                           )
                                            )
Darrel Schademan                            )
4 Dunn Drive                                )
Saint Joseph, MO  64506                     )
                                            )
Arthur Schmitt                              )
14 Trailside Drive                          )
Lake St. Louis, MO  63367                   )
                                            )
Jeffrey Schneier                            )
29 Wells Fargo Dr.                          )
St. Peters, MO  63376                       )
                                            )
Barbara Schreiber                           )
3420 Shawnee Dr., Apt. 124                  )
Modesto, CA  95350-0486                     )
                                            )
Don Wayne Scott                             )
4906 N. Hesston Rd.                         )
Newton, KS  67114                           )
                                            )
Meagan Seeber                               )
697 County Rd. 188                          )

Hallettsville, TX  77964                    )
                                            )
Ronald Seher                                )
4113 Carrizo                                )
Plano, TX  75074                            )
                                            )
John Seidl                                  )
P.O. Box 277                                )
Orrick, MO  64077                           )
                                            )
J. Rummel Sfl, Inc.                         )
Attn:  President or Managing Agent          )
4308 S. 200th E. Ave.                       )
Broken Arrow, OK  74014                     )
                                            )
Sultan Shabazz                              )
1544 Wellborn Rd., #1105                    )
Redan, GA  30074                            )
                                            )
James Sharp                                 )
801 Firethorn Dr.                           )
Washington, IL  61571                       )
                                            )
Judith Shaw                                 )
2510 Lynnwood Dr.                           )
Bellevue, NE  68123                         )
                                            )
John S. Sheffield                           )
234 Kent Drive                              )
Princeton, LA  71067                        )
                                            )
Brent Shelton                               )
594 N. Broadmoor Ave.                       )
Wichita, KS  67206                          )
                                            )
Steve Shepherd                              )
PO Box 1192                                 )
Gainsville, TX  76241                       )
                                            )
Aaron Sherman                               )
5653 Satch Rd.                              )
Benton, IL  62812                           )
                                            )
Steven Shermoen                             )
426 Shorewood Dr.                           )
International Falls, MN  56649               )

Richard Simmerman                    )
1417 South County Road 525 West      )
Danville, IN  46122                  )
                                     )
Stephen Sitler                       )
PO Box 44486                         )
Indianapolis, IN  46244              )
                                     )
Richard Sloan                        )
310 White River Mountain Blvd.       )
Hollister, MO  65672                 )
                                     )
Brian Scott Smith                    )
250 E. US Hwy 84                     )
Fairfield, TX  75840                 )
                                     )
David Smith                          )
764 Elkington Lane                   )
Olivette, MO  63132                  )
                                     )
David Smith                          )
16432 Thompsonville Rd.              )
Thompsonville, IL  62890             )
                                     )
Donald Smith                         )
300 Shepherd Pl.                     )
Hannibal, MO  63401                  )
                                     )
Shannon Smith                        )
10102 Sandhill Pine Ct.              )
Katy, TX  77494                      )
                                     )
Victor Smith                         )
6973 Milton Road                     )
Rockford, IL  61109                  )
                                     )
James Snodgrass                      )
404 E. 5th St.                       )
Byron, IL  61010-9360                )
                                     )
Jeffrey Snow                         )
12601 Nightingale Dr.                )
Chester, VA  23836                   )
                                     )
Fred Solly                           )

1820 Cotton Creek Trail                          )
Midlothian, TX  76065                            )
                                                 )
Lawrence Soloy                                   )
19719 S. Cable Rd.                               )
Belton, MO  64012                                )
                                                 )
James Sorrell                                    )
PO Box 84                                        )
La Fontaine, IN  46940                           )
                                                 )
Floyd Sprague                                    )
6229 Moats Ave.                                  )
Kansas City, MO  64133                           )
                                                 )
Leisure Time Stephanie                           )
Attn:  President or Managing Agent               )
P.O. Box 190                                     )
1704 Suwannee Cir                                )
Waunakee, WI  53597-0190                         )
                                                 )
Donald Sticker                                   )
711 E. 2nd Avenue                           )
Covington, LA  70433                             )
                                                 )
Korey Stiles                                     )
2275 South Oakbrook Ave.                         )
Springfield, MO  65809                           )
                                                 )
Steven Still                                     )
29 Westlake Village                              )
Council Bluffs, IA  51501                        )
                                                 )
Marion Stillman, LLC                             )
Attn:  President or Managing Agent               )
PO Box 190                                       )
Waunakee, WI  53597-0190                         )
                                                 )
Wendell Stockton                                 )
715 Mockingbird Cv.                              )
Spring Branch, TX  78070                         )
                                                 )
Ruby Stuart                                      )
1390 Vista Bell Ciudad Drive                     )
Mesquite, NV  89027                              )
                                                 )

Mitchell Sussex                             )
Trustees of the Sussex Trust                )
59 Rainbow Dr.                              )
Bettendorf, IA  52722                       )
                                            )
William Swart                               )
512 NE Emerald Dr.                          )
Lee's Summit, MO  64064                     )
                                            )
Herbert Swenson                             )
2239 23rd St.                               )
Rice Lake, WI  54868                        )
                                            )
Wesley Tabbert                              )
706 McHugh Rd., Unit 1                      )
Holmen, WI  54636                           )
                                            )
Austin Taylor                               )
304 E. Peachtree Dr., Unit 206             )
Nixa, MO  65714                             )
                                            )
Richard Taylor                              )
376 Gibbs Dr.                               )
Rantoul, IL  61866                          )
                                            )
Ted Bear Hollow Inc.                        )
Attn:  President or Managing Agent          )
7811 Farnam Dr.                             )
Omaha, NE  68114                            )
                                            )
Lillie Teufel                               )
23245 Senior Lane                           )
Waynesville, MO  65583                      )
                                            )
Christopher Thomas                          )
205 Laurelhurst Dr.                         )
Newport, WA  99156-9746                     )
                                            )
Dale Thompson                               )
4322 Southwyck                              )
Janesville, WI  53546                       )
                                            )
John Thompson                               )
1271 93rd Ave.                              )
Kenosha, WI  53144                          )
                                            )

Troy Thurber                                                        )
12299 Memory Lane                                                  )
Bentonville, AR  72712                                             )
                                                                   )
Lois Tice                                                          )
9720 E. State Hwy. DD                                             )
Strafford, MO  65757                                              )
                                                                   )
Isaac Tillman                                                      )
2916 W. Republican Rd.                                            )
Jacksonville, AR  72076                                           
                                                                   )
Timeshare Alternatives, LLC                                       )
Attn:  President or Managing Agent                                )
P.O. Box 4096                                                     )
Savannah, GA  31409                                               )
                                                                   )
Timeshare Trade-Ins, LLC                                          )
Attn:  President or Managing Agent                                )
10923 State Highway 176                                           )
Walnut Shade, MO  65771-9285                                      )
                                                                   )
Shawn Tittle                                                       )
2451 N. Berkshire Rd.                                             )
Charlottesville, VA  22901                                        )
                                                                   )
Kenneth Tongue                                                     )
1806 Independence Dr.                                             )
Plattsburg, MO  64477                                            )
                                                                   )
Fred Torrez, Sr.                                                   )
2101 Glen Dr.                                                     )
Granite City, IL  62040                                          )
                                                                   )
Traveling Now, LLC                                                )
Gary B. Hollarin, Authorized Agent                               )
4750 E. Moody Blvd.                                              )
Bunnell, FL  32110                                               )
                                                                   )
Lyle Unruh                                                         )
1334 Indigo                                                       )
Hillsboro, KS  67063                                             )
                                                                   )
Vacation Weeks                                                     )
Attn:  President or Managing Agent                                )
One Vance Gap Road                                                )

Asheville, NC  28805                                )
                                                    )
Michael Vaughn                                      )
7941 County Rd. 336                                 )
Summersville, MO  65571                             )
                                                    )
Lenise Veno                                         )
7895 Buck Horn Green                                )
Frederick, CO  80530                                )
                                                    )
John Vetter                                         )
13241 E. Remington Rd.                              )
Prescott Valley, AZ  86315                          )
                                                    )
Dawn Vincent                                        )
364 Wimbledon Dr., Apt. 1                           )
Branson, MO  65616                                  )
                                                    )
Eric Visnosky                                       )
565 Circle Drive                                    )
Powersite, MO  65731                                )
                                                    )
James Vitale                                        )
128 Village View Court                              )
Oregon, WI  53575                                   )
                                                    )
Timothy Wadley                                      )
11925 Mohawk Lane                                   )
Leawood, KS  66209                                  )
                                                    )
Bryan Walker                                        )
59421 E. 301 Place                                  )
Grove, OK  74344                                    )
                                                    )
Dennis Walton                                       )
1598 Xenia Drive                                    )
Ames, IA  50014                                     )
                                                    )
William Warburton                                   )
1504 North Lake Placid Ave.                         )
Eagle, ID  83616                                    )
                                                    )
Harry Weise                                         )
P.O. Box 1396                                       )
Vienna, IL  62995                                   )
                                                    )

Charles Weiss                                  )
800 E. Rochambeau Dr., Suite F Box 210         )
Williamsburg, VA  23188                        )
                                               )
Karen Wells                                    )
140 Rounded Wing Dr.                           )
Easley, SC  29642                              )
                                               )
Robert Daniel Westfall                         )
1229 Verdun Dr.                                )
Baton Rouge, LA  70810                         )
                                               )
Kristin Wheeler                                )
802 Sterling Ridge Drive                       )
Augusta, GA  30909                             )
                                               )
Kevin White                                    )
PO Box 363                                     )
Star City, AR  71667-0363                      )
                                               )
Wide World Vacations, Inc.                     )
Attn:  President or Managing Agent             )
5405 W. 1100 N. #523                           )
Highland, UT  84003                            )
                                               )
Roger Wildermuth                               )
4305 Bandice Lane                              )
Pflugerville, TX  78660                        )
                                               )
Mary Wilkinson                                 )
2125 Summit Ave.                               )
Waukesha, WI  53188                            )
                                               )
Herbert Williams                               )
416 Tennessee St.                              )
Graham, TX  76450-2728                         )
                                               )
Robert Williams                                )
351 Brady Mountain Cutoff                      )
Royal, AR  71968                               )
                                               )
Timothy Williams                               )
307 Lincoln Dr.                                )
Lawrenceville, IL  62439-1841                  )
                                               )
Andrew Willie                                  )

1824 Deer Crossing Drive )
Marysville, OH  43040 )
)
Bill Wilson )
9801 Roe St. )
Overland Park, KS  66207-3566 )
)
Mary Ann Wilson )
1211 Ledge Stone Circle )
Branson West, MO  65737 )
)
Rod Wohl )
PO Box 2030 )
Ponca City, OK  74602 )
)
Kathy Woodham )
102 Legacy Woods Dr. )
Eastman, GA  31023 )
)
Michael Woodrick )
5726 Gibson Rd. )
Vicksburg, MS  39180 )
)
Eddie Woods, Jr. )
11332 Campbell Rd. )
West Fork, AR  72774 )
)
Michael Wright )
7898 Numie Ln. )
Arlington, TN  38002-5980 )
)
Betty Yeoward )
13 Seagate Blvd. )
Key Largo, FL  33037-4367 )
)
Lena Yergler )
John W. Connell )
c/o Andrew P. Conman )
907 Main Avenue )
Saint Maries, ID  83861 )
)
Gary York )
6780 Country Estates Drive )
Columbia, IL  62236 )
)
Callahan & Zalinsky Associates, LLC )

Attn:  President or Managing Agent          )
1148 Pulaski Hwy #475                       )
Bear, DE  19701                             )
                                            )
Peter Zibers                                )
305 N. Darowby Dr.                          )
Raymore, MO  64083                          )
                                            )
          Defendants.                       )

## COMPLAINT FOR APPROVAL UNDER SECTION 363(h) OF SALE OF BOTH THE INTERESTS OF THE DEBTOR'S ESTATE AND OF CO-OWNERS IN THE YACHT CLUB CONDOMINIUMS, AND FOR RELATED DECLARATORY JUDGMENT

### INTRODUCTION

1.      The Yacht Club Vacation Owners Association, Inc. (the "Association" or "Debtor"), a not-for-profit small business Chapter 11 debtor-in-possession in this case, filed for bankruptcy protection on August 28, 2020 (the "Petition Date"). The bankruptcy filing was necessary due to more than $1 million in assessments owed to the Association from deeded timeshare owners.

2.      The Association halted reservations for the timeshare condominiums in early 2020 because the Association was unable to pay for new stairways at the 12-unit, two building complex at 611 Rock Lane Drive, Branson, Missouri (the "Condominiums").

3.      The Association filed for bankruptcy to accommodate termination of the timeshares and sale of the Condominiums through a Plan of Liquidation (the "Plan")[1] and under Section 363(h) of the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. The Association believes proceeds from

---

[1] The Plan may be accessed online at www.Bransonyachtclub.com/owners/Plan.

the Condominium sale will be sufficient to pay all debts, costs of bankruptcy administration, and provide a cash dividend to the Defendant timeshare owners.

4.      The Bankruptcy Code requires the filing of this adversary proceeding to authorize the sale of both the Debtor's vacation ownership intervals ("VOIs)" and those held by all other parties, including the named Defendants (the "Sale").

5.      The Sale would enable the Plan to provide for (A) sale of all interests in the Condominiums, including Debtor's interests in 31 VOIs; (B) the Debtor to enforce its state-law liens and setoff rights in VOIs whose owners have failed to pay assessments; (C) a clear and marketable title to enable the Sale of the Condominiums, which otherwise would be unavailable; (D) pay for any shortfall in administrative fees and costs of the bankruptcy case by surcharging or levying a special assessment on Sale proceeds before allocations to VOI owners; and (E) escrow net Sale proceeds for payment to VOI owners, with allocations calculated according to number of annual timeshare weeks and number of timeshare units (the "Allocations").

6.      The Plan provides for termination of the Association, which would continue to exist to hold title to the Condominiums in trust for the VOI owners until after the Sale.

7.      At a time during which some owners actively seek to escape timeshare financial obligations, particularly during a pandemic that makes travel difficult, the Association through this adversary proceeding and the Plan seeks to provide an avenue for VOI owners to realize cash proceeds for their interests in a currently unsalable Condominium that likely cannot now safely be occupied.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over this adversary proceeding pursuant 28 U.S.C. §§ 1334 and 157. Venue is proper pursuant to 28 U.S.C. § 1408(1).

9.      This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (M), (N) and (O).

10.     This Complaint is brought pursuant to 11 U.S.C. § 363(h), 28 U.S.C. § 2201 and Fed. R. Bankr. P. 7001(3) and (9).

## FACTS

11.     The Association is a Missouri not-for-profit corporation representing VOI owners of the Condominium and is responsible as their agent for its management, maintenance, repair and replacement. The Association collects assessments on behalf of timeshare owners and pays taxes, utility bills, and StoneBridge Village property owners assessments[2] as agent for the timeshare owners.

12.     The Association owns 31 VOIs through surrender or foreclosure. The remainder of the outstanding VOIs are owned by the above-named Defendants, as shown in the Association's records.

13.     Each Defendant was served or attempted to be served, by United States Mail, first-class postage prepaid, to his or her last known address as kept in the Association's current ownership records pursuant to Fed. R. Bankr. P. 7004(b). Notice of this adversary proceeding will be published in accordance with a Court order authorizing such substitute and supplemental notice under Fed. R. Bankr. P. 7004(c).

14.     Addresses and identities of the VOI owners are presumed to be current and accurate because VOI owners represent, acknowledge, and covenant under the Supplemental

---

[2] The StoneBridge Village Property Owners Association provides common amenities, including a restaurant and a swimming pool, for the condominium associations within StoneBridge Village, including the Debtor.

Declaration of Covenants and Restrictions for the Yacht Club Condominiums, (the "Supplemental Declaration") that transfers of VOIs for which assessments are due the Association are prohibited and null and void. Supp. Decl at 7.1(c). Debtor is successor in interest to declarant Escapes!, Inc., under the Supplemental Declaration.  A copy of the Supplemental Declaration ("Supp. Decl.") may be accessed at www.Bransonyachtclub.com/owners/Declaration.

15.     The legal descriptions of the two buildings composing the Condominiums are in the Supplemental Declaration and addendum, and are incorporated by reference.

16.     VOI owners waived all rights to seek partition of their VOIs unless the Condominiums are substantially damaged or destroyed. Supp. Decl. at 7.3. Partition in kind between the undivided interests held by Debtor's estate and VOI owners is impractical.

17.     The Association is owed more than $1 million in unpaid assessments from delinquent VOI owners.

18.     The Association has no efficient and effective means of recovering unpaid assessments except by exercising setoffs and statutory liens against Condominium sale proceeds allocable to delinquent VOI owners.

19.     Under state law, the Association has statutory liens for unpaid assessments on Member's interests without need for recordation. Mo. Rev. Stat. § 448.3-116.

20.     State law likewise provides for unpaid Association creditors to be treated as lienholders against the Members' interests. Mo. Rev. Stat § 448.2-118.7.

21.     Although the Association would be terminated at the confirmation of the Plan, state law provides that the Association will continue to exist, title to the Condominiums will vest in the Association  for the benefit of all VOI owners, and will terminate when all Sale proceeds are distributed. Mo. Rev. Stat. § 448.2-118.5.

22.     The interests of VOI owners in the Condominium, absent a Section 363(h) sale, have little or no value due to the decline of timeshare resale markets, the substandard physical condition of the Condominiums, the dire financial condition of the Association precluding major repairs or improvements to the Condominiums, and the inability -- outside of bankruptcy proceedings – to transfer marketable title to the Condominiums at closing.

## COUNT I

### Approval of Property Sale Pursuant to 11 U.S.C. § 363(h)

24.     Debtor incorporates Paragraphs 1 through 23.

25.     Federal Rules of Bankruptcy No. 7001(3) further authorizes this Court to approve the sale of both the interest of the estate and of a co-owner in property.

26.     The Defendants co-own the VOIs with the Debtor.

27.     The VOIs are undivided ownership interests in the Condominiums, including furnishings. The Defendants and the Debtor are tenants in common of the Condominiums.

28.     Debtor seeks to sell its undivided ownership interests along with the interests held by Debtor.

29.     The twelve (12) Condominiums owned through VOIs are not divisible. Partition in kind would be impracticable.

30.     The sale of undivided interests held by the Debtor's estate in the Condominiums would realize significantly less for the estate than sale of the property free of the Defendants' interests, because individual timeshare interests in the Condominiums are practically worthless.

31.     The benefit to the Debtor's estate from the Sale of the Condominiums outweighs any detriment to the co-owner Defendants, whose interests would be worthless without the Sale.

32.     The Sale as proposed would financially benefit the Defendants, who are expected to receive cash Allocations from Sale proceeds pursuant to the Plan.

WHEREFORE, Debtor requests this Court to enter judgment approving the Sale of the Condominiums, including the interests of the Defendants, pursuant to 11 U.S.C. § 363(h), and providing for any further relief this Court deems just and necessary.


## COUNT II

### Declaratory Judgment: Enforceability of Statutory Liens

33.     Debtor incorporates herein the allegations in Paragraphs 1 through 32.

34.     A number of Defendants have failed to pay more than $1 million in overdue assessments for their VOIs.

35.     Debtor has the right to collect unpaid assessments, fees, late charges, and attorney fees from the proceeds of delinquent VOI owners' interests plus annual interest of eighteen percent (18%) per year.  Supp. Decl. at 11.8 and 11.9.

36.     Missouri law provides the Association with liens securing payment of assessments and other amounts due. Mo. Rev. Stat. § 448.3-116. The Association therefore has an enforceable lien on the interest of Defendants who are delinquent in paying assessments and other amounts (the "Delinquent Defendants"). Delinquent Defendants are identified with amounts owed as of the Petition Date on attached **Exhibit 1.**


WHEREFORE, Debtor requests this Court to enter judgment declaring the enforceability of  Association's liens in the Delinquent Defendants' interests in the Condominiums and their

proceeds pursuant to Mo. Rev. Stat. § 448.3-116; and providing such other than further relief this Court deems just and necessary.

## COUNT III

### Declaratory Judgment: Rights to Setoff

37.     Debtor incorporates Paragraphs 1 through 36.

38.     The assessments and related fees and charges the Delinquent Defendants owe to the Association and the Sale proceeds owed by the Association to the Delinquent Defendants are countervailing and mutual debts.

39.     The Association may set off its claims against each Delinquent Defendant against the Sale proceeds to be paid to each such Delinquent Defendant pursuant to 11 U.S.C. § 553 and state law.

40.     Debtor should be entitled to set off any unpaid assessments, surcharges, late fees, attorneys' fees, collection fees, interest owed, and other such fees and charges against Sale distributions the Debtor may owe to be such Delinquent Defendant.

WHEREFORE, Debtor requests this Court to enter judgment declaring the Association has the right to set off any unpaid assessments, surcharges, late fees, attorneys' fees, collection fees, interest, and other such fees and charges owed by each Delinquent Defendant, against each such Delinquent Defendant's right to Sale proceeds; and providing such other than further relief as this Court deems just and necessary.

## COUNT IV

### Declaratory Judgment: Rights to Assessment and Payment from Sale Proceeds

40.     Debtor incorporates Paragraphs 1 through 39.

41.    Debtor is entitled to levy a special assessment (the "Special Assessment") on all VOI Owners to pay expenses of maintaining, repairing, operating, administering, and managing the Condominiums, and to satisfy "other extraordinary or unbudgeted items deemed reasonably necessary." Supp. Decl. at 1.1(b), 1.7.

42.    The administrative costs of Debtor's bankruptcy case are extraordinary and unbudgeted items deemed reasonably necessary by the Association due to cash shortfalls caused by the failure of Delinquent Defendants to pay more than $1 million in assessments.

46.    Debtor would impose a Special Assessment would be imposed only if the Debtor's assets, including proceeds of its VOIs, liens, and setoffs, are insufficient to pay administrative claims in this case.

WHEREFORE, Debtor requests this Court to enter judgment declaring the Debtor has the right under the Supplemental Declaration to impose special assessments on Sale proceeds to pay case administrative costs; and providing any further relief this Court pay deems just and necessary.

*/s/ Daniel D. Doyle*
Daniel D. Doyle        36724MO
Scott A. Pummell       66164MO
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939 (Telephone)
(314) 621-6844 (Facsimile)
ddoyle@lashlybaer.com
spummell@lashlybaer.com

*Counsel for Debtor*
