YACHT CLUB VACATION OWNERS ASSOCIATION, INC.

# EXHIBIT 1

| FirstName | LastName | Delinquent Balance | UnitDetail |
|---|---|---|---|
| Ruby | Stuart | $2,618.86 | C151A-1 Bedroom Elite,C151B-1 Bedroom |
| Jeffrey | Schneier | $994.02 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Bryan | Walker | $50.00 | C155A-1 Bedroom Elite,C155B-1 Bedroom |
| James | Hammonds | $3,025.08 | C141B-1 Bedroom,C141A-1 Bedroom Elite |
| Barbara | Schreiber | $1,986.78 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Christopher | Campbell | $1,038.78 | C145A-1 Bedroom Elite,C145B-1 Bedroom |
| Bill | Bland | $2,892.13 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Billy | Leeton | $3,025.08 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| Steven | Shermoen | $3,773.38 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Dorothy | Loy | $5,760.16 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Norman | Lucas | $994.02 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| John | Barney | $4,478.04 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Byc | Dev Weeks | $944.02 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| Gemini | Partners, Inc. | $4,058.96 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Cecil | Cazian | $4,101.92 | C153A-1 Bedroom Elite,C153B-1 Bedroom |
| Robert | Harris | $4,478.04 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Global | Trading & Travel | $4,154.25 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| J Rummel | Sfl, Inc. | $994.02 | C151B-1 Bedroom,C151A-1 Bedroom Elite |
| Marvin | Gruenbaum | $994.02 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| McNamee Family | Holdings, LLC | $7,194.17 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Herbert | Swenson | $5,923.91 | C149B-1 Bedroom,C149A-1 Bedroom Elite |
| Green Recovery | Fund LLC | $4,478.04 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Shawn | Neary-Curtis | $2,868.03 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Brent | Shelton | $994.02 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Paul | Keefer | $994.02 | C155A-1 Bedroom Elite,C155B-1 Bedroom |
| Steven | Odle | $994.02 | C153A-1 Bedroom Elite,C153B-1 Bedroom |
| Clint | Kuhl | $994.02 | C151B-1 Bedroom,C151A-1 Bedroom Elite |
| Duane | Robbins | $5,122.04 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Sultan | Shabazz | $3,773.38 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| KG Global | Services LLC | $3,973.08 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Isaac | Tillman | $8,838.32 | C149B-1 Bedroom,C149A-1 Bedroom Elite |
| Lift | Putters, LLC | $2,840.61 | C143B-1 Bedroom,C143A-1 Bedroom Elite |

| Club | Select Resorts | $7,510.16 | C149B-1 Bedroom,C149A-1 Bedroom Elite |
|------|----------------|-----------|----------------------------------------|
| Lucille | Rodgers ** | $8,838.32 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Kevin | White | $4.95 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| Jim | Baldwin | $5,760.16 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Bill | Wilson | $5,760.16 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| Jamella | Goosby | $4,278.04 | C157B-1 Bedroom,C157A-1 Bedroom Elite |
| Norbert | Delhaute | $4,697.74 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Marion | Caruthers | $994.02 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Timeshare | Trade-Ins, LLC | $4,878.91 | C153A-1 Bedroom Elite,C153B-1 Bedroom |
| Rachel | Busenitz | $994.02 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| Timeshare | Trade-Ins, LLC | $2,032.80 | C155B-1 Bedroom,C155A-1 Bedroom Elite |
| Herbert | Williams | $9,954.32 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| Wide World | Vacations, Inc | $3,603.79 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Martha | Fuller | $994.02 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Robert | Jones | $8,214.82 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Timeshare | Trade-Ins, LLC | $1,986.78 | C149A-1 Bedroom Elite,C149B-1 Bedroom |
| Michael | Oppermann | $3,025.08 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Nixon Family | Trust LLC | $8,214.82 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| Monscenior | Cunningham | $4,378.04 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Fred | Massey | $994.02 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Lift | Putters, LLC | $4,154.25 | C157B-1 Bedroom,C157A-1 Bedroom Elite |
| Estate of Barbara | Preble | $6,641.41 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| J.O. Family | Trust, LLC | $8,838.32 | C151B-1 Bedroom,C151A-1 Bedroom Elite |
| Janet | Alfred | $3,973.08 | C155B-1 Bedroom,C155A-1 Bedroom Elite |
| Dawn | Vincent | $3,025.08 | C157B-1 Bedroom,C157A-1 Bedroom Elite |
| W Larry | Brewer | $5,760.16 | C155A-1 Bedroom Elite,C155B-1 Bedroom |
| Roland | Hill | $4,360.28 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Club | Select Resorts | $3,773.38 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Randy | Kohorst | $7,734.65 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| Charles | Kelley, Jr. | $2,868.03 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| David | Smith | $7,296.41 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Nicholas | Peters | $5,760.16 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| Martha | Fuller | $994.02 | C151B-1 Bedroom,C151A-1 Bedroom Elite |
| Wally | Portmann | $4,478.04 | C141B-1 Bedroom,C141A-1 Bedroom Elite |

**YACHT CLUB VACATION OWNERS ASSOCIATION, INC.**

| | | | |
|---|---|---|---|
| Darla | DeVera | $8,861.08 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Leslie | Molt III | $472.80 | C157B-1 Bedroom,C157A-1 Bedroom Elite |
| Middle | Seat LLC | $8,838.32 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| Donald | Smith | $2,032.80 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Blue | Vacations, LLC | $831.02 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Austin | Taylor | $3,512.91 | C141B-1 Bedroom,C141A-1 Bedroom Elite |
| Mark | McCarthy | $3,736.78 | C145A-1 Bedroom Elite,C145B-1 Bedroom |
| Mary Ann | Gripe | $11,913.82 | C147B-1 Bedroom,C147A-1 Bedroom Elite |
| Lena | Yergler ** | $8,838.32 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| John | Thompson | $994.02 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| Jeffrey | Barker | $5,760.16 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| eMidsouth | Inc | $4,446.88 | C141A-1 Midsouth Elite,C141B-1 Bedroom |
| Burl | Partridge | $994.02 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Eric | Visnosky | $6,585.76 | C151B-1 Bedroom,C151A-1 Bedroom Elite |
| William | Swart | $189.58 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Marion | Stillman, LLC | $5,936.41 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| James | Vitale | $994.02 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Timeshare | Alternatives, LLC | $8,214.82 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Dells Vacation | Holding, LLC | $2,167.47 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Charles | Grettenberger | $6,286.54 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Celso | Aabano | $2,032.80 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Mark | McCarthy | $3,736.78 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Dawn | Fahrenholz | $4,016.53 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Jerry | Kennard | $1,838.34 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Kay | Moore | $994.02 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| Timothy | Chin | $10,349.32 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Robin | Prieto | $8,214.82 | C149B-1 Bedroom,C149A-1 Bedroom Elite |
| Branson Yacht Club | Rock Lane Resort Owners Assn. | $2,660.96 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Terri E | Jeoffroy | $1,986.78 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Daniel | Pineda | $3,118.34 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Shanta | Grover | $4,478.04 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Mary | Wilkinson | $5,760.16 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Stephen | Sitler | $3,973.08 | C151B-1 Bedroom,C151A-1 Bedroom Elite |
| Betty | Yeoward | $4,749.35 | C153B-1 Bedroom,C153A-1 Bedroom Elite |

| | | | |
|---|---|---|---|
| J. Richard | Peck | $994.02 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Mark | Austin | $4,478.04 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Dale | Roberts | $3,075.08 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Bradley | Fowler | $1,722.49 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Antonio | Brown | $1,228.38 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Jordan | Duke | $5,732.74 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Chad | Adams | $4,878.91 | C153A-1 Bedroom Elite,C153B-1 Bedroom |
| Shannon | Smith | $994.02 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Karen | Carter | $1,038.78 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Jeffrey | Lopez | $1,986.78 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Craig | Patinsky | $3,973.08 | C155A-1 Bedroom Elite,C155B-1 Bedroom |
| Crystal | Massey | $7,823.24 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| Thomas | Palmer, Jr. | $4,878.91 | C155A-1 Bedroom Elite,C155B-1 Bedroom |
| Diran | Oksen | $3,973.08 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Gary | Johnson | $994.02 | C149B-1 Bedroom,C149A-1 Bedroom Elite |
| Gary | Baker | $5,105.16 | C149A-1 Bedroom Elite,C149B-1 Bedroom |
| Blue | Vacations, LLC | $831.02 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Donald | Sticker | $4,478.04 | C141B-1 Bedroom,C141A-1 Bedroom Elite |
| Steve | Leppin | $994.02 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Dennis | Walton | $8,214.82 | C155A-1 Bedroom Elite,C155B-1 Bedroom |
| Kevin | Rosado, PHD | $1,986.78 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Michael | Vaughn | $6,831.54 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| John | Parker | $994.02 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Nicholas | Gehring | $4,764.62 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Quixote | Strategies LLC | $4,154.25 | C157B-1 Bedroom,C157A-1 Bedroom Elite |
| Dennis | Nesser | $5,717.04 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Donald | Gagnon | $1,031.22 | C149A-1 Bedroom Elite,C149B-1 Bedroom |
| Michael | Moore | $10,154.32 | C151B-1 Bedroom,C151A-1 Bedroom Elite |
| James | Fuemmeler | $3,973.08 | C151A-1 Bedroom Elite,C151B-1 Bedroom |
| JS Management | Executive Services, LLC | $2,892.13 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Jon | Cronin | $994.02 | C151B-1 Bedroom,C151A-1 Bedroom Elite |
| Christopher | Herring | $8,214.83 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Lori | Peterson | $3,513.38 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Joyce | Richardson | $5,697.66 | C143B-1 Bedroom,C143A-1 Bedroom Elite |

**YACHT CLUB VACATION OWNERS ASSOCIATION, INC.**

| | | | |
|---|---|---|---|
| Regina | Eastridge | $5,760.16 | C155B-1 Bedroom,C155A-1 Bedroom Elite |
| Frances | Martin | $4,572.04 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Lyle | Unruh | $3,773.38 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Timeshare | Trade-Ins, LLC | $4,878.91 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| Mary Ann | Wilson | $5,627.28 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Carol | Dufault | $994.02 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| Lawrence | Allen | $3,736.78 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| All | Ownership, Inc. | $1,986.30 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Gary | Dison | $3,523.03 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Leo | OHaire | $50.00 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Johnny | Branscum | $6,286.54 | C141B-1 Bedroom,C141A-1 Bedroom Elite |
| Rodger | Alvis | $994.02 | C149B-1 Bedroom,C149A-1 Bedroom Elite |
| Larry's Family | Holdings, LLC | $5,367.01 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| Jay | Jack | $3,736.78 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Renato | Estrella | $994.02 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| Gary | Fisher | $1,038.78 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| Roy | Christy Jr. | $1,038.78 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Ellie | Gawlicki | $4,101.92 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| Terry | Gregory | $3,773.38 | C147B-1 Bedroom,C147A-1 Bedroom Elite |
| Douglas | Morris | $994.02 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| William | Crow | $7,510.16 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| O & L | Associates, Inc | $5,936.41 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Steven | Prebish | $4,410.28 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Jesus | Sanroman | $994.02 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Philip | Crabtree | $4,478.04 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Michael | Wright | $994.02 | C145A-1 Bedroom Elite,C145B-1 Bedroom |
| Timeshare | Trade-Ins, LLC | $5,533.91 | C141B-1 Bedroom,C141A-1 Bedroom Elite |
| DSP Consulting | Services, LLC | $6,172.28 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Kevin | McCreadie | $5,760.16 | C153A-1 Bedroom Elite,C153B-1 Bedroom |
| Paul | Cooper | $4,478.04 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Leisure Time | Stephanie | $3,068.38 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Timeshare | Trade-Ins, LLC | $2,892.13 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Timothy | Ceperley | $5,290.74 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Michael | Laughlin | $1,038.78 | C143A-1 Bedroom Elite,C143B-1 Bedroom |

**YACHT CLUB VACATION OWNERS ASSOCIATION, INC.**

| | | | |
|---|---|---|---|
| Meagan | Seeber | $6,641.41 | C147B-1 Bedroom,C147A-1 Bedroom Elite |
| Theodore | Jefferson | $994.02 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Charles | Weiss | $6,641.41 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| Randy | Hill | $4,410.28 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| JAB | INVESTMENTS, LLC | $3,973.08 | C145A-1 Bedroom Elite,C145B-1 Bedroom |
| James | Snodgrass | $5,760.16 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| Don Wayne | Scott | $4,478.04 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Russ | Kercher | $7,465.57 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Phyllis | Land ** | $9,532.32 | C151A-1 Bedroom Elite,C151B-1 Bedroom |
| Hector | Carreras | $5,032.28 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Jimmy | Hart | $497.02 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Bruce | Baker | $12,338.77 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| Anthony | Renigar | $6,744.28 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Kim | Dillard | $10,154.32 | C149A-1 Bedroom Elite,C149B-1 Bedroom |
| Joseph | Gully | $3,736.78 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| Wendell | Stockton | $6,855.16 | C145A-1 Bedroom Elite,C145B-1 Bedroom |
| Clint | Kuhl | $1,038.78 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Regina | Eastridge | $2,892.13 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Todd | Bingham | $4,410.28 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Anthony | Rodriguez | $1,038.78 | C157B-1 Bedroom,C157A-1 Bedroom Elite |
| | INNOVATION VACATIONS, INC | $1,986.78 | C145B-1 Bedroom,C145A-1 Bedroom Elite |
| We Will | Carry On, Corp. | $1,038.78 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Richard | Sloan | $5,627.28 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| John | Benson | $7,902.25 | C141B-1 Bedroom,C141A-1 Bedroom Elite |
| Kenneth | Redford | $11,344.32 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Michael | Bellah | $2,032.80 | C155A-1 Bedroom Elite,C155B-1 Bedroom |
| Lorenzo | Garcia | $285.04 | C157A-1 Bedroom Elite,C157B-1 Bedroom |
| Jerry | Elliott | $994.02 | C153B-1 Bedroom,C153A-1 Bedroom Elite |
| William H | Allen | $10,154.32 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Callahan & | Zalinsky Associates, LLC | $9,532.32 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| Alan | Horner | $4,154.25 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Jeffrey | Barker | $5,760.16 | C157B-1 Bedroom,C157A-1 Bedroom Elite |
| Nicholas | Peters | $3,773.38 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Jordan | Duke | $2,892.13 | C141B-1 Bedroom,C141A-1 Bedroom Elite |

**YACHT CLUB VACATION OWNERS ASSOCIATION, INC.**

| | | | |
|---|---|---|---|
| JUAN | GARCIA | $3,973.08 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Angelo | Castillo | $2,032.80 | C141B-1 Bedroom,C141A-1 Bedroom Elite |
| John | Seidl | $3,425.78 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Bart | Poepsel | $4,478.04 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Hoffman Berger | Investment Properties, LLC | $4,154.25 | C143A-1 Bedroom Elite,C143B-1 Bedroom |
| Shawn | Neary-Curtis | $6,340.16 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Richard | Kauffman | $6,172.28 | C137A-1 Bedroom Elite,C137B-1 Bedroom |
| Gemini Investment | Partners, Inc | $2,868.03 | C143B-1 Bedroom,C143A-1 Bedroom Elite |
| Traveling | Now, LLC | $7,057.56 | C149B-1 Bedroom,C149A-1 Bedroom Elite |
| Billie | Platt | $5,577.31 | C145A-1 Bedroom Elite,C145B-1 Bedroom |
| Shanta | Grover | $8,048.01 | C139A-1 Bedroom Elite,C139B-1 Bedroom |
| Randall | Marshall | $4,410.28 | C137B-1 Bedroom,C137A-1 Bedroom Elite |
| Eiko | Buttrey | $3,025.08 | C153A-1 Bedroom Elite,C153B-1 Bedroom |
| J Joe | Goda | $7,510.16 | C135B-1 Bedroom,C135A-1 Bedroom Elite |
| Ronald | Demers | $2,868.03 | C147A-1 Bedroom Elite,C147B-1 Bedroom |
| John | Hasley | $1,189.80 | C135A-1 Bedroom Elite,C135B-1 Bedroom |
| David | Smith | $1,555.15 | C141A-1 Bedroom Elite,C141B-1 Bedroom |
| Ashley | Fain | $2,032.80 | C149B-1 Bedroom,C149A-1 Bedroom Elite |
| Terry | Jerrel | $1,034.02 | C139B-1 Bedroom,C139A-1 Bedroom Elite |
| Johnny | Haymon | $8,912.13 | C147B-1 Bedroom,C147A-1 Bedroom Elite |
| Evelyn | Rose | $3,973.08 | C153B-1 Bedroom,C153A-1 Bedroom Elite |