UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 20-41555-11 |
| YACHT CLUB VACATION OWNERS | ) | |
| ASSOCIATION, INC., | ) | Chapter 11 proceedings |
| | ) | |
| Debtor. | ) | Honorable Brian T. Fenimore |

| | | |
|---|---|---|
| YACHT CLUB VACATION OWNERS | ) | |
| ASSOCIATION INC., | ) | Adv. 20-03020-btf |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CELSO AABANO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR JUDGMENT ON THE PLEADINGS**

This matter comes before the Court on Motion [Doc. 25] of Plaintiff Yacht Club Vacation Owners Association, Inc., debtor and debtor in possession, ("Debtor") for Judgment on the Pleadings as to responses filed by Debra J. de Clue [Doc. 17], Jason D. Moen [Doc. 18], Scott Coleman [Doc. 19], and Lois Tice [Doc. 22] (the "Responding Defendants"). Based on the record and without opposition, the Court finds good cause to grant the Motion.

Accordingly, IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Bankr. P. 7012 and Fed. R. Civ.P. 12(c), and for the reasons stated on the record during the hearing on February 23, 2021, Debtor's Motion for Judgment on the Pleadings is GRANTED as to Counts I, II, and III of the Complaint and DENIED without prejudice as to Count IV of the Complaint, and judgment will

1

issue against the Responding Defendants.

Dated:  2/25/2021.                    /s/ Brian T. Fenimore_____
                                      Honorable Brian T. Fenimore                         `
                                      United States Bankruptcy Judge