UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 20-41555-11 |
| YACHT CLUB VACATION OWNERS | ) | |
| ASSOCIATION, INC., | ) | Chapter 11 proceedings |
| | ) | |
| Debtor. | ) | Honorable Brian T. Fenimore |

| | | |
|---|---|---|
| YACHT CLUB VACATION OWNERS | ) | |
| ASSOCIATION INC., | ) | Adv. 20-03020 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CELSO AABANO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 1st day of March 2021, a true and correct copy of the following were sent by U.S. Mail, postage prepaid, to all named Defendants and Creditors on the attached lists:

1. Amended Judgment
2. Order of the Court re Order Granting Debtor-Plaintiff's Motion for Judgment on the Pleadings
3. Order of the Court re The Amended Default Judgment regarding document 40 is hereby VACATED
4. Amended Default Judgment

_/s/ Daniel D. Doyle_
Daniel D. Doyle          36724MO
Scott A. Pummell         66164MO
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939 (Telephone)
(314) 621-6844 (Facsimile)
ddoyle@lashlybaer.com
spummell@lashlybaer.com
*Counsel for Debtor*

Celso Aabano
1658 Milwaukee Ave #100-8053
Chicago, IL 60647

Chad Adams
8981 N. Brimstone Way
Tucson, AZ  85742-9439

Peter Zibers
305 N Darowby Dr
Raymore, MO 64083

Robert Ahlert
4116 N Hartford Ave
Russellville, AR 72802-7722

Janet Alfred
PO Box 2534
Olathe, KS 66063-0534

Janet Allen
1331 N. 56 Terrace
Ft Smith, AR 72904

Lawrence Allen
300 E. Elm Street
Browning, MO 64630

William H Allen
1801 W 9th Ave
Stillwater, OK 74074

Lena Yergler
John W. Connell c/o Andrew P. Conman
907 Main Avenue
Saint Maries, ID 83861

Timeshare Alternatives, LLC
P.O. Box 4096
SAVANNAH, GA 31409

Rodger Alvis
2574 Nolen Dr
Flint, MI 48504

Timothy Amoroso
81 Pine Cone Drive
Shapleigh, ME 04076-3032

Gary York
6780 Country Estates Drive
Columbia, IL 62236

O & L Associates, Inc
174 W 4th Street, Ste. 307
NEW YORK, NY 10014

Stephen Atkinson
12287 County RD 4040
Holts Summit, MO 65043

Mark Austin
25 Vineyards Ct
St Charles, MO 63304

Timothy Bailey
1290 South 220th St.
Pittsburg, KS 66762

Gary Baker
217 N Jackson
Hugoton, KS 67951

Bruce Baker
7600 SE 75th Rd.
St. Joseph, MO 64507

Jim Baldwin
120 County Rd 1006
Bardwell, KY 42023

Marshall Ball
5525 E. Bennett Street
Springfield, MO 65809-2606

Steven Ballenger
3126 SW Woodfield Ln
Ankeny, IA 50021-8706

Michael Wright
7398 Numie Ln
Arlington, TN 38002-5980

Jeffrey Barker
20 Stonegate Terrace, Apt. 203
Zion Crossroads, VA 22942-7039

David Barker
3826 E Ovid Ave
Des Moines, IA 50317

James Manuel Barnes
1003 NE J St.
Bentonville, AR 72712

Betty Yeoward
13 Seagate Blvd
Key Largo, FL 33037-4367

Eldon Barone
283 SR 302
Polk, OH 44866

Douglas Barrett
7641 W 2400 Road
Parker, KS 66072

Ted Bear Hollow Inc
7811 Farnam Dr
OMAHA, NE 68114

John Befort
464 Klosterman Rd W
Palm Harbor, FL 34683

Ken Bell
52 Huntington Parkway
St. Charles, MO 63301

Michael Bellah
P.O. Box 113
Harrah, OK 73045-0113

Michael Woodrick
5726 Gibson Rd
Vicksburg, MS 39180

Todd Bingham
6215 N. Garfield
Kansas City, MO 64118

Bill Bland
12005 Fox Glove Ct
Unionville, MO 63565

Dale Bond
512 N. Hightower Ave.
Nixa, MO 65714

Daniel Boone
7665 N Sunglow Ave
Garden City, ID 83714-5039

Tony Braisher
2300 SW 105th Court
Oklahoma City, OK 73170

Johnny Branscum
69 Maple Springs Access
Rosie, AR 72571

W Larry Brewer
14559 Twin Grove Rd
Bloomington, IL 61705

Joseph Brock
25719 S 623 Rd
Grove, OK 74344-7489

Jackie Brown
308 N. Broadway
Checotah, OK 74426

Antonio Brown
244 Roosevelt St.
JACKSON, MS 39209

Rachel Busenitz
5418 SE 24th
Newton, KS 67114

Eiko Buttrey
506 Ritter Avenue
Greencastle, IN 46135

Sandy Caldwell
65 Welch Ln.
Batesville, AR 72501

Christopher Campbell
2354 140th Street
Clarinda, IA 51632

Rogie Carlock
809 FOX HEAD SHORES
Linn Creek, MO 65052

Hector Carreras
2723 Russell Blvd.
Saint Louis, MO 63104

We Will Carry On, Corp.
PO Box 1431
Virginia Beach, VA 23451-0431

Karen Carter
1403 South 12th Ave
Ozark, MO 65721

Marion Caruthers
5520 College
Kansas City, MO 64130

Angelo Castillo
18 Reddington Rd #137
Harlan, KY 40831

Cecil Cazian
4975 South Swenson St # 19092
Las Vegas, NV 89119

Timothy Ceperley
524 NE Bordner Dr
Lee's Summit, MO 64086

Sandra Cerny
955 E Short Drive
Coal City, IL 60416

Timothy Chin
8385 Renner Blvd Apt 1114
Lenexa, KS 66219

James Chouteau
1820 SW Keystone Dr
Blue Springs, MO 64014

Roy Christy Jr.
8005 East 139th St
Grandview, MO 64030

Dana Cinq-Mars
12775 HWY 62 E
Green Forest, AR 72638

Robert Clasen
21802 Raylynn Rd.
Belton, MO 64012

Terri Clemmons
900 Greenhill Rd.
Benton, AR 72019

Pastor Thomas Cody
PO BOX 4
Lawrenceville, IL 62439

Bill Alspach
c/o Montgomery & Newcomb, LLC
435 E. Walnut Street
Springfield, MO  65806

Campbell Collins
1227 SW Town & Country Rd.
Plattsburg, MO 64477

Roger Collins
102 Skycrest
Borger, TX 79007

Paul Cooper
2211 S Hall St
Webb City, MO 64870-3203

Philip Crabtree
211 Arrowhead Dr.
Lake Winnebago, MO 64034

Jon Cronin
2504 Thompson Ave
Dodge City, KS 67801

William Crow
115 Brock Hill Ln
Weatherford, TX 76088

Monscenior Cunningham
Trustees of a Trust
2940 York Street
Kansas City, MO 64128-1363

W Cary Curzon
6210 South 28th Street
Rogers, AR 72758

Jesse Davenport
8632 Millet Dr
Saint Louis, MO 63114

John Barney
3120 NW 9th Street #MR
Gainesville, FL 32609

Norbert Delhaute
PO Box 3867
Steamboat Springs, CO 80477

Brian DeMaranville
5465 Greenwood Ave
Pleasant Hill, IA 50327

Clarence Demers
1130 Hawthorne Street
Red Wing, MN 55066

Ronald Demers
200 N. State St.
Hixton, WI 54635

Byc Dev Weeks
One Vance Gap Road
Asheville, NC 28805

Eddie Woods Jr
11332 Campbell Rd
West Fork, AR 72774

Roger Wildermuth
4305 Bandice Lane
Pflugerville, TX 78660

Darla DeVera
7101 Virginia Pkwy Apt 116
McKinney, TX 75072

Kim Dillard
1725 N 16th St
Swansea, IL 62226

Gary Dison
1509 Charlie Dr.
Natchitoches, LA 71457

Brent Dobson
2360 Maple Leaf Trail
Reno, NV 89523

Michael Dougherty
618 N Humphrey
Iola, KS 66749

Carol Dufault
262 Brassie Drive
McCormick, SC 29835

Kristin Wheeler
802 Sterling Ridge Drive
Augusta, GA 30909

Jordan Duke
PO Box 136173
Fort Worth, TX 76136

Floyd Dunnihoo
Box 305
Shattuck, OK 73858

Larry Dye
7411 Dewberry Lane
Wisconsin Rapids, WI 54494

Denville Dyson
PO Box 1774
Tioga, LA 71477

Regina Eastridge
PO Box 2057
Nixa, MO 65721

Regina Eastridge
PO Box 2057
Nixa, MO 65721

Elmer Edwards Jr
1088 Flatwood Ridge Rd
Converse, LA 714193120

Benjamin Ell
2436 Eagle Forest Drive
Saint Charles, MO 63303

Jerry Elliott
538 Wilson St
Atty Rep: Mitchell Reed Sussman & Associates
Sault St.Marie, ON P6B-2L3

Renato Estrella
802 Spring Park Loop
Celebration, FL 34747

JS Management Executive Services, LLC
PO Box 135309
Clermont, FL 34713

Dawn Fahrenholz
5420 Leavenworth S
Omaha, NE 68106

Ashley Fain
8792 Ray Court Apt 4
Twinsburg, OH 44087

Mike Fincher
1412 E Apple Blossom Ave
Lowell, AR 72745

Gary Fisher
P.O. BOX 1373
Branson , MO 65615

Frank Fletcher Jr
1919 N Mac Arthur Dr
Alexandria, LA 71303

George Flower
7960 Dawn Dr
Beaumont, TX 77705-2450

Schan Folsom-Hill
62 Hallie Court
Cabot, AR 72023

Thomas Ford
30342 E 143rd Street South
Coweta, OK 74429

Marvin Foster
10245 S Horners Chapel Rd
Fredericksburg, IN 47120-8941

Bradley Fowler
200 Paris Run Rd
Burgettstown, PA 15021

Judith Fowler
10150 South 94th East Ave
Tulsa, OK 74133

Wendy Freebersyser
148 Greentrails Dr South
Chesterfield, MO 63017

Terry Freeborn
417 Main St
Grinnell, IA 50112

Patricia Freeseman
123 Old Buggy Trail
Hillsborough, NC 27278

James Fuemmeler
117 Mule Teer Lane
Poplar Bluff, MO 63901

Martha Fuller
5801 Everett Rd
ATTY REP; MITCHELL REED SUSSMAN
North Little Rock, AR 72118

William Warburton
1504 North Lake Placid Ave
Eagle, ID 83616

John Benson
420 W. Mount Vernon Street, #300
Nixa, MO  65714

Donald Gagnon
21222 Spring Clover Lane
Covington, LA 70435

Lorenzo Garcia
1611 Abraham Drive
Siloam Springs, AR 72761

JUAN GARCIA
Edeficio Joel Avenida Estados Unidos #11
Rijo, Bavaro, Punta Cana

Ellie Gawlicki
1303 Yucca Street
Boulder City, NV 89005

Nicholas Gehring
3898 East Phillips Cir
Centennial, CO 80122

J Joe Goda
4020 Oakhurst Dr
Sarasota, FL 34233-1439

Jamella Goosby
c/o UAW-FAC-FORD-General Motors Legal
1000 Lake St. Louis Blvd, #200
Lake St. Louis, MO 63367

Michael Graham
8060 Red Oak Dr
Mounds View, MN 55112

John Green
5 Richard Street
Waterloo, IL 62298

William Greendyke
15054 Cuberra Lane
Bonita Springs, FL 34135

Gary Greenlee Jr
10226 Brushy Run Rd
Potosi, MO 63664

Terry Gregory
PO Box 8790
Fayetteville, AR 72703

Charles Grettenberger
5184 Ferris Rd
Eaton Rapids, MI 48827

Richard Griffin
15 Cloverleaf Ln.
Ballwin, MO 63011

Judy Grimmett
16045 Harp Rd
Fayetteville, AR 72704

Mary Wilkinson
2125 Summit  Ave
Waukesha, WI 53188

Kenneth Grobe
414  Honeysuckle Ln
St Louis, MO 63119

Robert Grote
8414 N. Cosby Ave., Apt. R55
Kansas City, MO  64154-2636

Harry Weise
P.O. Box 1396
Vienna, IL 62995

Shanta Grover
307 S. 21st Street
Monroe, LA 71201

Marvin Gruenbaum
8921 Lochkirk Dr.
Lee's Summit, MO 64064

Ronnie Guevara
1464  Bedstraw Lane
Frisco, TX 75033

Joseph Gully
1193 County Road 2402
Clifton Hill, MO 65244

Jon Hager
502 S Lincoln
Tallulah, LA 71282

Gregory Haller
22620 Surrey Lane
Peculiar, MO 64078

Danny Hamilton
708 Maple Hill
Norman, OK 73069

James Hammonds
6644 Radio Drive
San Diego, CA 92114

Dale Handley
1823 30th St.
Rock Island, IL 61201

Donald Harless
5805 Dobson Drive
Fayetteville, NC 28311

Harold Harmon
5106 Quail Ridge Dr
McKinney, TX 75070

Robert Harrell
2421 S Catalina Ave
Springfield, MO 65804

William Harris
PO Box 143
Bourbonnais, IL 60914-0143

Robert Harris
2900 SW 80th
Augusta, KS 67010

Jimmy Hart
PO Box 253
Springfield, AR 72157

Timothy Harteis
170 Heron Ct.
Vonore, TN 37885

John Hasley
1037 Country Club Circle
Minden, LA 71055

Johnny Haymon
12512 Johns Gin Rd.
Keithville, LA 71047

Robert Heisner
605 West Randolph Street
Pinckneyville, IL 62274

Darlene Helmers Living Trust, dated
December 6, 2011
38427 E. 2300 N Road
Cropsey,  IL 61731

Christopher Herring
1395 BK Pickering Dr
Texarkana, TX 75501

Randy Hill
246 Eleven Oaks Trail
Hot Springs, AR 71901

Roland Hill
9255 Wolf Holw
Millsap, TX 76066-3592

BYC HOA Weeks
611 Rock Lane
Branson, MO 65616

BYC-HOA HOA Weeks
611 Redbud Lane
Branson, MO 65616

Herbert Williams
416 Tennessee St
Graham, TX 76450-2728

Robert Williams
351 Brady Mountain Cutoff
Royal, AR 71968

Kevin White
PO Box 363
Star City, AR 71667-0363

Robert Daniel Westfall
1229 Verdun Dr.
Baton Rouge, LA 70810

Timothy Wadley
11925 Mohawk Lane
Leawood, KS 66209

Dells Vacation Holding, LLC
7451 Warner Ave Suite E-200
Huntington Beach, CA 92647

McNamee Family Holdings, LLC
3343 S 18th St
Saint Louis, MO 63118-3212

Larry's Family Holdings, LLC
7231 Abigail Place
FONTANA, CA 92336

Victoria Holman
5600 Fyler Ace
St. Louis, MO 63139

Tony Hopkins
PO Box 135
Okay, OK 74446

Alan Horner
10694 Aurora Place
Desert Hot Springs, CA 92240

Thomas Howard
3134 N. Russet St.
PORTLAND, OR 97217

EMidsouth Inc
3589 Covington Pike Apt 317
Memphis, TN 38128-3945

INNOVATION VACATIONS, INC
15 Southern Trace Blvd
Ormond Beach, FL 32174

Hoffman Berger Investment Properties, LLC
7451 Warner Avenue, Suite E-200
Huntington Beach, CA 92647

JAB INVESTMENTS, LLC
Attn: Joseph A. Bulliner, II
3739 Old State Route 1
Johnsonville, TN 37134

Jay Jack
P.O. Box 4045
Cartersville, GA 30120

Darlene M Jaffe
15925 W Sentinel Dr
Sun City West, AZ 85375-6683

Jon Janssen
1103 SW Davenbrook
Bentonville, AR 72712

Theodore Jefferson
1990 Lakeview Dr
Pleasant Hill, IA 50327

Russell Jenkins
21382 Spring Clover Lane
Covington, LA 70435

Terri E Jeoffroy
233 Inwood Drive
Washington, MO 63090

Terry Jerrel
405 W Courtland St
Mt Pleasant, IA 52641

Gary Johnson
1018 W 2nd St
Ottumwa, IA 52501

James Johnston
34 Hurricane Ln
Atkins, AR 72823

Denny Jones
1721 GREENWOOD RD
Marshfield, MO 65706

Robert Jones
25 McKenzie Lane
North Liberty, IA 52317

Stephen Jones
1935 Frederick Lane
League City, TX 77573

Francis Kalvoda
2421 Williams Pkwy SW
Willmar, MN 56201-4978

Richard Kauffman
5824 Elston Rd
Jefferson City, MO 65109

Paul Keefer
19704 CR 1533 Loop
Ada, OK 74820

Charles Kelley, Jr.
PO Box 372
Sparta, IL 62286

Jerry Kennard
2421 CR 4525
Coffeyville, KS 67337

Russ Kercher
823 W. 4th St.
Haysville, KS 67060

Buffy King
PO Box 453
Zwolle, LA 71486

Randy Kohorst
15401 Concord Ave
Arcadia, IA 514308552

Florentina Krieg-Bondelid
1346 Debrick Rd
Eugene, OR 97401

Clint Kuhl
PO Box 1727
Ozark, MO 65721

Clint Kuhl
PO Box 1727
Ozark, MO 65721

Milton Lamar
P. O. Box 10054
Fayetteville, AR 72703

Mike Lamme
18644 Harbortown Woods Drive
Monroe City, MO 63456

J.O. Family Trust, LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL  32301

William Lanigan
1302 Tom Temple Dr. #221
Luskin, TX 75904

Cynthia Laughlin
212 Sassafras Ln
Labadie, MO 63055-1521

Gerald Lawrence
416 East Broad Lawn Blvd.
Joplin, MO 64804

Billy Leeton
4948 SE Princeton Drive
Bartlesville, OK 74006

Steve Leppin
c/o Richard J. Herndon
455 Sam Barr Drive, Suite 207
Kearney , MO 64060

Jeffrey Lopez
68 AMHURST CT
Daly City, CA 94015

William Loring
38 South 4416 Road
Locust Grove, OK 74352

Dorothy Loy
505 W Champaign Ave
Rantoul, IL 61866-2805

Jeffrey Loyd
1339 S Belcrest Ave
Springfield, MO 65804

Norman Lucas
144 E Missouri Ave
Phoenix, AZ 85012

Jerry Majors
7121 N. Hillside St.
Valley Center, KS 67147

Larry Manley
7537 FM 2652
Loving, TX 76460

Willie Marlar
202 Reed Ave
Greeneville, TN 37743

Randall Marshall
121 King Rd
Millsap, TX 76066-3511

Frances Martin
319 Delta Rd.
Sevierville, TN 37862

Fred Massey
P.O. Box  39
Hartford, AR 72938-0039

Crystal Massey
780 E Laird St
Bolivar, MO 65613-1348

Mark McCarthy
PO Box 197
HARRISON, AR 72601

Mark McCarthy
PO Box 197
HARRISON, AR 72601

Kevin McCreadie
10925 HAMILTON AVE
CINCINNATI, OH 45231-1407

Richard McCullum
3700 Panorama Dr
Hutchinson, KS 67502

John McGuire
5335 NE 60th Terr.
Kansas City, MO 64119-1609

Sondi McLaughlin
12709 Sutton Hill Rd.
Oklahoma City, OK 73142

David Michalek
3384 Bradford Ln
Arnold, MO 63010

Norris Miles
5389 Tamarack Dr.
Sharpsville, PA 16150

Frank Miller
1010 Cottonwood Dr
VALLEY CENTER, KS 67147

Frank Minniti
205 Ainsley Dr.
West Chicago, IL 60185

David Mixon
604 Teal Circle
West Monroe, LA 71291

Scott Coleman
840 Curl Road
East Dublin, GA  31027

Leslie Molt III
15131 238th Rd.
Cummings, KS 66016

Elizabeth Monks
5274 Hubbard Drive
Houston, MO 65483-2206

Michael Moore
905 W. South St.
Benton, AR 72015

Kay Moore
417 Rio Rd
Millsap, TX 76066-3426

William Moore
210 Sherry St
Elsberry, MO 63343

Phillip Morris
4640 Colima Ct.
St. Louis, MO 63128

Douglas Morris
3107 E 161st St S
Bixby, OK 74008-5350

Marc Morris
3400 Hillview
Denton, TX 76209

Michael Motsinger
6404 Sprucefield Drive
O'Fallon, MO 63368

Rebecca Moyers
2018 Autumn Ln
Jefferson City, MO 65109

Thomas Murphy
3257 Childress
Saint Louis, MO 63139

Richard Murphy
311 Bear Creek Lane
Georgetown, TX 78633

Charles Murray
10 Cheviot Lane
Bella Vista, AR 72715

DSP Consulting Services
ATTN: President or Manager
278 Stone Ridge Drive
Jeffersonville, PA  19403

Shawn Neary-Curtis
694 W Mt. Vernon #114
Nixa, MO 65714

Dennis Nesser
712 Ridgemont Ln
Gonzales, TX 78629

Robert Noe
5921 NE 45th St.
Kansas City, MO 64117

Green Recovery Fund LLC
c/o Corporation Service Co, Registered Agent
1201 Hays Street
Tallahassee, FL  32301

Steven Odle
1904 E. Katherine Ct.
Mahomet, IL 61832

Leo OHaire
205 Sandpiper Loop
McCormick, SC 29835

Diran Oksen
2870 Peachtree Rd NW #915-410
Atlanta, GA 30305

Michael Oppermann
620 E 108th Ter
Kansas City, MO 64131-4022

Janice Orcutt
c/o James Orcutt
120 Blommaert St.
Borger, TX 79007

Kimberly Oswald
P.O. Box 805
Sand Springs , OK 74063

Mike Ottmo
1768 County Rd 230
Fulton, MO 65251-3026

Tim Overturf
333 McAnulty Road
Pottsville, AR 72858

All Ownership, Inc.
2107 GUNN HIGHWAY
ODESSA, FL 33556

Debra Palmer
PO Box 245
Rector, AR 72461

Thomas Palmer, Jr.
PO Box 1236
Byron, GA 31008

John Parker
449182 EAST 972
Vian, OK 74962

Fern Parrish
319 S East St
Lebanon, OH 45036

Gemini Investment Partners, Inc
P.O. Box 138039
Clermont, FL 34713

Gemini Partners, Inc.
c/o Jon Comas
P.O. Box 138039
Clermont, FL 34713

Burl Partridge
1703 North Thornton Rd # 613
Casa Grande, AZ 85122

Craig Patinsky
406 E Chet Atkins Ct
Nixa, MO 65714

J. Richard Peck
3212 Nebraska Dr Unit B
Bismarck, ND 58503

Joseph Perry
3732 Grandoaks Drive
Benton, AR 72019-2065

Nicholas Peters
PO Box 349
Clever, MO 65631

Nicholas Peters
PO Box 349
Clever, MO 65631

Lori Peterson
1335 Citadel Drive
Joliet, IL 60435

Marlena Pfeifer
217 West St
Phillips, NE 68865-2510

Daniel Pineda
334 N Elm St
Kingman, KS 67068

Terry Pitts
12655 Lawrence 2155
Mt. Vernon, MO 65712

Billie Platt
10730 Helpmate Road
Vivian, LA 71082

Bart Poepsel
1450 Bieker Rd
Washington, MO 63090-6604

Wally Portmann
8200 Valley Forge Rd
Fort Smith, AR 72903

Steven Prebish
8006 Fifth Street NE
Spring Lake Park, MN 55432

Estate of Barbara Preble
c/o Laura Vestal
1001 S. 36th Street
St. Joseph, MO 64507

Anthony Prehm
3712 W. 157th Street
Overland Park, KS 66224

Johnny Preston
33617 Hwy U
Stoutsville, MO 65283

Robin Prieto
220 North Dr.
Ballwin, MO 63021

Lift Putters, LLC
2387 Glen Canyon Rd
Altadena, CA 91001-3549

Lift Putters, LLC
2387 Glen Canyon Rd
Altadena, CA 91001-3549

Jonna Quarles
13563 Calhoun 87
Thornton, AR 71766

Lowell Raschke
1924 Haughton Ave #1
North Mankato, MN 56003

Kevin Raybine
12802 Ridge Lock Ct
Prospect, KY 40059

Marva Redd
401 East 3rd Street
Plymouth, NC 27962

Kenneth Redford
268 N City View Rd
Ponca City, OK 74604

James Reeves
200 N. 7th
Atwood, KS 67730

Douglas Reid
6515 Hilltop Rd.
Van Buren, AR 72956

Anthony Renigar
1384 S.F.C. 311
Forrest City, AR 72335

Donald Rice
147 Wingate Dr
Tremont , IL 61568

Joyce Richardson
2654 Vinyards Pkwy # 3
Branson, MO 65616

Jonathan Richardson
9091 Coral Gables Road
Ft Myers, Fl 33967

Duane Robbins
2669 Cavern Rd
Rapid City, SD 57702-9581

Marc Roberson
2801 O.W. Curry Dr.
Killeen, TX 76542

Dale Roberts
38475 Webb Dr
Westland, MI 48185-1975

Kenneth Robertson
25 5TH LN
SHELL KNOB, MO 65747-7227

Branson Yacht Club Rock Lane Resort Owners
Assn.
50 Stonebridge Parkway
Branson West, MO 65737

Lucille Rodgers
PO Box 43
Rineyville, KY 401620043

Anthony Rodriguez
8709 N Pomona Ave
Kansas City, MO 64153

Daniel Rohde
1180 215 Street
Hubbard, NE 68741

Kevin Rosado, PHD
3620 Minot Ave
Fort Worth, TX 76133-3023

Evelyn Rose
4124 W 22nd St
Little Rock, AR 72204-3964

Kenneth Ruegger Sr
2629 Magnolia Rd
DeLand, FL 32720

Dwight Ruffin
82 Hopewell Rd
Atkins, AR 72823

Jesse Rutledge
24057 East Cedar Point Road
Lebanon, MO 65536

William Ryczek
6302 SE Hwy 33
Holt, MO 64048

Mark Sampson
2 Centennial Dr
Eagle Grove, IA 50533

Jesus Sanroman
409 N Bernal Dr
Brownsville, TX 78521

David Savage, Sr.
2108 West Loren Circle
Fayetteville, AR 72701-3038

Harlan Schad
PO Box 192
Hudson , IL 61748

Darrel Schademan
4 Dunn Drive
Saint Joseph, MO 64506

Arthur Schmitt
14 Trailside Drive
Lake St Louis, MO 63367

Jeffrey Schneier
29 Wells Fargo Dr
St Peters, MO 63376

Barbara Schreiber
3420 Shawnee Dr Apt 124
Modesto, CA 95350-0486

Don Wayne Scott
4906 N Hesston Rd
Newton, KS 67114

Middle Seat LLC
4110 SE Hawthorne Blvd #810
PORTLAND, OR 97214

Meagan Seeber
108 Dodge Street, Apt. 3
Hallettsville, TX 77964

Ronald Seher
4113 Carrizo
Plano, TX 75074

John Seidl
P.O. Box 277
Orrick, MO 64077

Charles Weiss
800 E Rochambeau Dr
Williamsburg, VA 23188

Club Select Resorts
10923 State Highway 176
Walnut Shade, MO 65771

KG Global Services LLC
15130 TIMBERVILLAGE ROAD STE 28
GROVELAND, FL 34736

Bryan Walker
59421 E 301 Place
Grove, OK 74344

J Rummel Sfl, Inc.
4308 S 200th E Ave
Broken Arrow, OK 74014

Sultan Shabazz
1544 Wellborn Rd # 1105
Redan, GA 30074

James Sharp
801 Firethorn Dr
Washington, IL 61571

Judith Shaw
2510 Lynnwood Dr.
Bellevue, NE 68123

John S. Sheffield
234 Kent Drive,
Princeton, LA 71067

Brent Shelton
594 N Broadmoor Ave
Wichita, KS 67206

Steve Shepherd
PO Box 1192
Gainsville, TX 76241

Aaron Sherman
5653 Satch Rd
Benton, IL 62812

Steven Shermoen
426 Shorewood Dr.
International Falls, MN 56649

Richard Simmerman
1417 South County Road 525 West
Danville, IN 46122

Stephen Sitler
PO Box 44486
Indianapolis, IN 46244

Richard Sloan
310 White River Mountain Blvd
Hollister, MO  65672

David Smith
16432 Thompsonville Rd
Thompsonville, IL 62890

Victor Smith
6973 Milton Road
Rockford, IL 61109

Shannon Smith
10102 Sandhill Pine Ct
Katy, TX  77494

Donald Smith
300 Shepherd Pl
Hannibal, MO 63401

Brian Scott Smith
250 E US Hwy 84
Fairfield , TX 75840

David Smith
764 Elkington Lane
Olivette, MO 63132

James Snodgrass
404 E 5th St
Byron, IL 61010-9360

Jeffrey Snow
12601 Nightingale Dr
Chester, VA 23836

Fred Solly
1820 Cotton Creek Trail
Midlothian, TX 76065

Lawrence Soloy
19719 S Cable Rd.
Belton, MO 64012

James Sorrell
P O Box 84
La Fontaine, IN 46940

Floyd Sprague
6229 Moats Ave
Kansas City, MO 64133

Leisure Time Stephanie
P. O. Box 190
Waunakee, WI 53597

Donald Sticker
711 E 2nd Avenue
Covington, LA 70433

Korey Stiles
2275 South OakbrookAve
Springfield, MO 65809

Steven Still
29 Westlake Village
Council Bluffs, IA 51501

Marion Stillman, LLC
PO Box 190
Waunakee, WI 53597-0190

Wendell Stockton
715 Mockingbird Cv.
Spring Branch, TX 78070

Quixote Strategies LLC
c/o Doug Porter
7451 Warner Ave., suite E-200
Huntington Beach, CA 92647

Ruby Stuart
1390 Vista Bell Ciudad Drive
Mesquite, NV 89027

Mitchell Sussex
Trustees of the Sussex Trust
59 Rainbow Drive
Bettendorf, IA 52722

William Swart
512 NE Emerald Dr.
Lee's Summitt, MO 64064

Herbert Swenson
2239 23rd St.
Rice Lake, WI 54868

Wesley Tabbert
706 Mchugh Rd
Holmen, WI 54636

Richard Taylor
376 Gibbs Dr
Rantoul, IL 61866

Dennis Walton
1598 Xenia Drive
Ames, IA 50014

Lillie Teufel
23245 Senior Lane
Waynesville, MO 65583

Lillie Teufel
23245 Senior Lane
Waynesville, MO 65583

Christopher Thomas
205 Laurelhurst Dr
Newport, WA 991569746

Dale Thompson
4322 Southwyck
Janesville, WI 53546

John Thompson
1271 93rd ave
Kenosha, WI 53144

Troy Thurber
12299 Memory Lane
Bentonville, AR 72712

Mary Gripe
1619 S. 7th Street
Atchison, KS  66002

Isaac Tillman
2916 W Republican Rd
Jacksonville, AR 72076

Shawn Tittle
2461 N Berkshire Rd
Charlottesville, VA 22901

Kenneth Tongue
1806 Independence Dr
Plattsburg, MO 64477

Fred Torrez, Sr
2101 Glen Dr
Granite City, IL 62040

Timeshare Trade-Ins, LLC
10923 State Highway 176
Walnut Shade, MO 65771-9285

Bill Wilson
9801 Roe St.
Overland Park, KS 662073566

Mary Ann Wilson
1211 Ledge Stone Circle
Branson West, MO 65737weiss

Timothy Williams
307 Lincoln Dr
Lawrenceville, IL 62439-1841

Andrew Willie
1824 Deer Crossing Drive
Marysville, OH 43040

Kathy Woodham
102 Legacy Woods Dr.
Eastman, GA 31023

Global Trading & Travel
4170 Admiralty Way Apt 317
Marina Del Re, CA 90202

Nixon Family Trust LLC
A J Valentine
Spring Hill, FL 34608

Lisa Hayes-Tittle
4056 De Tonty St.
Saint Louis, MO 63110

Lyle Unruh
1334 Indigo
Hillsboro, KS 67063

Wide World Vacations, Inc
5405 W 1100 N #523
Highland, UT 84003

Blue Vacations, LLC
PO BOX 231542
LAS VEGAS, NV 89105

Rod Wohl
PO Box 2030
PONCA CITY, OK 74602

Michael Vaughn
7941 County Rd 336
Summersville, MO 65571

Lenise Veno
7895 Buck Horn Green
Frederick, CO 80530

John Vetter
13241 E Remington Rd
Prescott Valley, AZ 86315

Dawn Vincent
364 Wimbledon Dr. Apt 1
Branson, MO 65616

Eric Visnosky
565 Circle Drive
Powersite, MO 65731

James Vitale
5138 Henry Circle
Milton, WI 53568

Phyllis Land
20192 S. 642 Rd.
Wyandotte, OK  74370

Jason Moen
4231 S.W. 23rd Place
Des Moines, IA  50321

Austin Taylor
304 E. Peachtree Drive, #206
Nixa, MO  65714

Lois Tice
9720 E. State Hwy. DD
Strafford, MO  65757

Traveling Now, LLC
Gary B. Hollarin, Authorized Agent
4750 E. Moody Blvd.
Bunnell, FL  32110

Callahan & Zalinksy Associates
ATTN: President/Manager
1148 Pulaski Hwy #475
Bear, DE  19701

Advanced Cabling Systems LLC
Attn:  President/Managing Agent
4950 Northshore Lane
North Little Rock, AR  72118

Cintas FAS Lockbox 636525
Attn:  President/Managing Agent
P.O. Box 636525
Cincinnati, OH  45263

Heckman Investments, Inc.
Attn:  President/Managing Agent
611 Rock Ln.
Branson, MO  65616

StoneBridge Village POA
Attn:  President/Managing Agent
1600 Ledgestone Way
Reeds Spring, MO  65737

White River Valley Electric Co.
Attn:  President/Managing Agent
2449 State Hwy. 76
Branson, MO  65616

LaTour Hotels & Resorts, Inc.
One Vance Gap Road
Asheville, NC  28805

Lashly & Baer, P.C.
Attn:  Lisa O. Stump
714 Locust Street
St. Louis, MO  63101

Vacation Weeks
Attn:  President/Managing Agent
One Vance Gap Road
Asheville, NC  28805

Willie Marlar
1207 Upland Ave.
Greenville, TN  37743-6641

Roger Wildermuth
4305 Bandice Lane
Pflugerville, TX  78660

Denville Dyson
P.O. Box 1774
Tioga, LA  71477

Robert Daniel Westfall
1229 Verdun Dr.
Baton Rouge, LA  70810

Benjamin Ell
2436 Eagle Forest Drive
St. Charles, MO  63303

Lois Tice
9720 E. State Hwy. DD
Strafford, MO  65757

Lowell Raschke
c/o Lynne Raschke
4710 W. 7th Street
Duluth, MN  55807

Joseph Perry
3732 Grandoaks Drive
Benton, AR  72019-2065

Scott Coleman
840 Curl Road
East Dublin, GA  31027

Troy Thurber
12299 Memory Lane
Bentonville, AR  72712

Kenneth Robertson
25 5th Ln.
Shell Knob, MO  65747-7227

James Johnston
34 Hurricane Ln.
Atkins, AR  72823

Marlena Pfeifer
217 West St.
Phillips, NE  68865-2510

Richard McCullum
3700 Panorama Dr.
Hutchinson, KS  67502

Robert Harrell
2421 S. Catalina Ave.
Springfield, MO  65804

Marylou Foster
10245 S. Horners Chapel Rd.
Fredericksburg, IN  47120-8941

Kenneth Tongue
1806 Independence Dr.
Plattsburg, MO  64477

Campbell Collins
1227 SW Town & Country Rd.
Plattsburg, MO  64477

Timothy Amoroso
750 Roosevelt Trail
Naples, ME  04055-5339

Stephen Atkinson
12287 County RD 4040
Holts Summit, MO  65043

Andrew Willie
1824 Deer Crossing Drive
Marysville, OH  43040

Buffy King
4192 Highway 191
Mansfield, LA  71052-6149

Lawrence Soloy
19719 S. Cable Rd.
Belton, MO  64012

Stephen Jones
1935 Frederick Lane
League City, TX  77573

Russell Jenkins
21382 Spring Clover Lane
Covington, LA  70435

Judy Grimmett
16045 Harp Rd.
Fayetteville, AR  72704

Lenise Veno
7895 Buck Horn Green
Frederick, CO  80530

William Harris
355 Diversatech Dr., Apt. 127
Mantelo, IL  60950-9276

White River Valley Electric Co.
Attn:  President/Managing Agent
P.O. Box 1518
Branson, MO  65616

SuddenLink
Attn:  David Connolly, EVP &
   General Counsel
1111 Stewart Avenue
Bethpage, NY  11714

Collector of Revenue
Stone County
108 E. 4th Street
Galena, MO  65656

Office of United States Trustee
400 E. 9th St.
Ste. 3440
Kansas City, MO  64106

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Lamar P. Fisher
Fisher Auction Company Inc.
2112 East Atlantic Blvd.
Pompano Beach, FL 33062